1  PETER O. GLAESSNER, State Bar No. 93830
   pog@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  Telephone:      (510) 433-2600
   Facsimile:      (510) 433-2699
5
   Specially Appearing for Defendants
6  TRISHA A. ALJOE, JONATHAN P. LOWELL, GEORGE
   THOMAS and CITY OF PLEASANTON
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | Thomas ("Leroy") A. Spitzer, and Craig J. Spitzer, | Case No. CV 13 5442 MEJ
   |                                                    | Assigned to: Magistrate Judge Maria-Elena James
12 |                                                    |
   |                       Plaintiffs,                  | **NOTICE OF SUBSTITUTION OF ATTORNEY**
13 |                                                    |
14 | v.                                                 |
   |                                                    |
15 | Trisha A. Aljoe, Jonathan P. Lowell,               |
   | George Thomas, Walter Wickboldt, City of           |
16 | Pleasanton, City of Pleasanton Police              |
   | Officer Does 1-10, and Other Does 1-10,            |
17 | inclusive,                                         |
   |                                                    |
18 |                       Defendants.                  |

19

20      Notice is hereby given that, effective December 31, 2013, subject to approval by the court,

21 Defendant JONATHAN P. LOWELL, substitutes Peter O. Glaessner, State Bar No. 93830 of

22 Allen, Glaessner & Werth, LLP, 180 Montgomery Street, Suite 1200, San Francisco, California

23 94104, telephone: (415) 697-2000 as counsel of record in place of Peter O. Glaessner and the law

24 firm of Lombardi, Loper & Conant, LLP.

25      I consent to the above substitution.

26      Dated:  December 31, 2013            */s/ Jonathan P. Lowell*
                                              Jonathan P. Lowell
27

28 / / /

---

31184-43314 POG 651265.1            1            NOTICE OF SUBSTITUTION OF ATTORNEY
                                                 CASE NO. CV 13 5442 MEJ

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1  I consent to be substituted.

2  Dated: December 31, 2013            */s/ Peter O. Glaessner*
3                                      Peter O. Glaessner

4  I consent to the above substitution.

5  Dated: December 31, 2013            */s/ Peter O. Glaessner*
6                                      Peter O. Glaessner

7  The substitution of attorney is hereby approved and so ORDERED.

8  Dated: January 13, 2014             _____
9                                      Hon. Magistrate Judge Maria-Elena James

10

11

12

...

28

31184-43314 POG 651265.1                  2           NOTICE OF SUBSTITUTION OF ATTORNEY
                                                      CASE NO. CV 13 5442 MEJ