UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al., | Case No. 13-cv-05442-MEJ |
| Plaintiffs, | |
| v. | **STATUS ORDER** |
| TRISHA A. ALJOE, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on February 20, 2014. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: February 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge