UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRISHA A. ALJOE, et al.,<br><br>    Defendants. | Case No.  13-cv-05442-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on July 24, 2014 at 10:00 A.M. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel.  The parties shall file their joint case management statement by July 17, 2014.  No chambers copy is required.

Dated: June 30, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge