# ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

ATTORNEYS

180 Montgomery Street, Suite 1200  
San Francisco, California 94104

Telephone (415) 697-2000  
Facsimile (415) 813-2045  
E-Mail: kallen@aghwlaw.com

Our File No.:  
31184-43314

July 10, 2014

**_VIA ELECTRONIC CASE FILING_**

Magistrate Judge Maria-Elena James  
United States District Court – Northern District  
450 Golden Gate Avenue  
Courtroom B – 15th Floor  
San Francisco, CA 94102

Re:   Spitzer v. Aljoe, et al.  
       United States District Court – Northern District Case No.: C 13-5442-MEJ

Dear Judge James:

This matter is currently-scheduled for a Case Management Conference on July 24, 2014 at 10:00 a.m. (Docket No. 45). I respectfully request allowance to appear at the Case Management Conference in lieu of lead trial counsel Dale L. Allen, Jr. I am co-trial counsel in this matter, and am sufficiently prepared to address all of the matters referred to in the Northern District of California's standing order on Joint Case Management Statements. I have full authority to enter stipulations and make admissions.

Thank you for considering this request.

Very truly yours,

ALLEN, GLAESSNER,  
HAZELWOOD & WERTH, LLP

/s/ *Kevin P. Allen*

Kevin P. Allen

IT IS SO ORDERED.

DATED: 7/14/2014



_____  
MARIA-ELENA JAMES  
United States Magistrate Judge

17350.1

```
Counsel shall make himself available beginning at 10:00 a.m., on
July 1, 2014.  Although we may not call directly at 10:00 a.m., the
calendar shall be called in the Order the Court has scheduled each matter.
If you have any questions please call Rose Maher, Courtroom Deputy to
Judge James, at 415-522-4708.
```