UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRISHA A. ALJOE, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-05442-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' separate case management statements, the Case Management Conference is CONTINUED to September 11, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally. The parties shall file a joint case management statement by September 4, 2014. If e-filed, no chambers copy is required.

Dated: July 21, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge