UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRISHA A. ALJOE, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05442-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Upon review of Plaintiffs' separate case management statement, the Case Management Conference is CONTINUED to October 30, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.  The parties shall file a joint case management statement or separate statements by October 23, 2014.  If e-filed, no chambers copy is required.

Dated: September 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRISHA A. ALJOE, et al.,<br><br>        Defendants. | Case No.  13-cv-05442-MEJ<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 9/5/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Spitzer  
Craig Spitzer  
PO Box 13  
San Bruno CA 94066

Dated: 9/5/2014

Richard W. Wieking  
Clerk, United States District Court

By:_____  
Chris Nathan, Deputy Clerk to the  
Honorable MARIA-ELENA JAMES