UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TRISHA A. ALJOE, et al.,<br><br>          Defendants. | Case No. 13-cv-05442-MEJ<br><br>**ORDER RE: DISCOVERY SCHEDULE**<br><br>Re: Dkt. No. 72 |

On February 2, 2015, Plaintiffs filed a Motion for Leave to File Third Amended Complaint, pursuant to Federal Rule of Civil Procedure 15.  Dkt. No. 72.  As part of their motion, Plaintiffs also request a 90-day extension of the discovery deadline in this case.  *See* Pls.' Mot. at 6:26-8:3.  As Rule 15 does not provide a means by which to extend discovery, and Plaintiffs' request does not comply with the undersigned's Discovery Standing Order, Plaintiff's motion is DENIED WITHOUT PREJUDICE as to the discovery deadline.  Defendants' Opposition need only address the motion as it relates to the proposed Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge