UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS A. SPITZER, et al.,

    Plaintiffs,

v.

TRISHA A. ALJOE, et al.,

    Defendants.

Case No. 13-cv-05442-MEJ

**ORDER VACATING CMC**

As Plaintiffs' Motion for Leave to File Third Amended Complaint is pending, the Court VACATES the March 5, 2015 Case Management Conference. Defendants' request to continue the dispositive motion hearing date to June 18, 2015 is GRANTED. The filing deadline (May 7th) remains unchanged.

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge