UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRISHA A. ALJOE, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-05442-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 72 |

　　　This matter is currently scheduled for a hearing on March 12, 2015 regarding Plaintiff's Motion for Leave to File Third Amended Complaint.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the March 12 hearing.  The matter is deemed under submission.

　　　**IT IS SO ORDERED.**

Dated: March 5, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge