UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>TRISHA A. ALJOE, et al.,<br><br>           Defendants. | Case No.  13-cv-05442-MEJ<br><br>**ORDER RE: DISCOVERY MEET AND CONFER PROCEDURE** |

The Court is in receipt of the parties' request, filed March 13, 2015, regarding the in-person meet and confer requirement for a discovery dispute regarding a deposition subpoena served on J. Benjamin McGrew. Dkt. No. 90. Good cause appearing, the Court hereby GRANTS the request to meet and confer by video conference or telephone. To ensure compliance with the spirit of the meet and confer requirement, the parties shall make a contemporaneous record of their meetings using a court reporter or electronic recording device.

If the parties are unable to resolve any disputes at the meet and confer session, the parties shall draft a joint letter in compliance with the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge