AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Thomas ("Leroy") A. Spitzer, and<br>Craig J. Spitzer<br><br>*Plaintiff(s)*<br>v.<br>Trisha A. Aljoe, Jonathan P. Lowell, George Thomas, Walter wickboldt, City of Pleasanton, City of Pleasanton Police Officers Robert Leong, and Ryan Tujague, and Does 1-10, inclusive<br><br>*Defendant(s)* | Civil Action No.   13-cv-05442-MEJ |

### THIRD AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robert Leong
RYAN TUJAGUE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Deron A. Kartoon, Law Offices of Deron A. Kartoon,
3 Francis Drake Blvd, P.O. Box 1403,
Ross, CA 94957
Telephone: (415) 786-7737
Email: deron.kartoon@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
RICHARD W. WIEKING

Date: 4/14/2015

MARK ROMYN
*Signature of Clerk or Deputy Clerk*