UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SPITZER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRISHA A. ALJOE, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05442-MEJ<br><br>**ORDER STAYING ALL MOTIONS PENDING MEDIATION**<br><br>Re: Dkt. Nos. 115, 122, 130 |

　　　　Pending before the Court is the City Defendants' Motion for Reconsideration (Dkt. No. 115), Plaintiffs' Motion for a Discovery Extension (Dkt. No. 122), and Plaintiffs' Motion to File a Sur-Reply in Response to the City Defendants' Reply to Plaintiffs' Opposition to the City Defendants' Motion for Reconsideration (Dkt. No. 130).  Discovery closed on July 6, 2015 and currently dispositive motions are due by August 6, 2015.  *See* Order, Dkt. No. 97.

　　　　The parties recently informed the undersigned's courtroom deputy that they plan to attend private mediation in early August.  So that the parties may focus on settlement negotiations, the Court finds it appropriate to stay briefing deadlines and any hearings related to the above motions, as well as the upcoming dispositive motion deadlines and hearing.  Accordingly, the Court **STAYS** all briefing deadlines and **VACATES** all pretrial hearing dates scheduled in this case. The parties shall file a joint status report within two weeks of completion of their mediation.

　　　　**IT IS SO ORDERED.**

Dated: July 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge