Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
(831) 331-9909/Fax: 815-315-6556
email: triallaw@cruzio.com

Attorney for Plaintiffs
Thomas A. Spitzer, Craig J. Spitzer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas ("Leroy") A. Spitzer, and Craig J. Spitzer, | Case No.: 3:13-cv-05442-MEJ |
| Plaintiffs | **STIPULATION TO DISMISS DEFENDANTS G. THOMAS, WICKBOLDT, TUJAGUE, AND LEONG** |
| vs. | |
| Aljoe, et al., | |
| Defendants | |

Pursuant to the mediated Settlement Agreement, and the Court's Order dated [November 6, 2015], Doc. No. [152], the undersigned parties stipulate to the dismissal of Defendants George Thomas, Walter Wickboldt, Ryan Tujage, and Robert Leong.

Date: Dec. 3, 2015                    By: */s/ Donald C. Schwartz*
_____
Donald Charles Schwartz
Attorney for Plaintiffs
Thomas A. Spitzer, Craig J. Spitzer

Date: Dec. 3, 2015                    By: */s/ Kevin P. Allen*
_____
Kevin P. Allen
Attorney for Defendants Trisha A. Aljoe,
Jonathan Lowell, George Thomas, Walter
Wickboldt, Ryan Tujague, Robert Leong, and
the City of Pleasanton