DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:	(415) 697-2000
Facsimile:	(415) 813-2045

Attorneys for Defendants
CITY OF PLEASANTON; TRISHA A. ALJOE;
JONATHAN P. LOWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THOMAS ("LEROY") A. SPITZER and CRAIG J. SPITZER,<br><br>            Plaintiffs,<br><br>    v.<br><br>TRISHA A. ALJOE, et al.,<br><br>            Defendants. | Case No.: CV 13-5442-MEJ<br><br>**DECLARATION OF KEVIN P. ALLEN IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE SETTLEMENT** |
|---|---|

I, Kevin P. Allen, declare,

   1.   I am an attorney at law and duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California.  I am an associate with the firm of Allen, Glaessner, Hazelwood & Werth, attorneys of record for defendant CITY OF PLEASANTON; TRISHA A. ALJOE; and JONATHAN P. LOWELL.

   2.   I have personal knowledge of the following facts, and could testify competently to them.

   3.   Attached as Ex. "A," please find a true and correct copy of the proof-of-service relating to Plaintiffs' Request for Production of Documents, Set One, to all defendants, served on November 19, 2014.

4. Attached as Ex. "B," please find a true and correct copy of Plaintiffs' Request for Production of Documents, Set One, to City of Pleasanton.

5. Attached as Ex. "C," please find a true and correct copy of Plaintiffs' Request for Production of Documents, Set One, to Jonathan Lowell.

6. Attached as Ex. "D," please find a true and correct copy of Plaintiffs' Request for Production of Documents, Set One, to Trisha Aljoe.

7. Attached as Ex. "E," please find a true and correct copy of Plaintiffs' Request for Production of Documents, Set One, to George Thomas.

8. Attached as Ex. "F," please find a true and correct copy of Plaintiffs' Request for Production of Documents, Set One, to Walter Wickboldt.

9. Attached as Ex. "G," please find a true and correct copy of City of Pleasanton's responses to Plaintiffs' Request for Production of Documents, Set One, including: (1) cover letter from Kevin Allen that accompanied Defendants' response to Request for Production of Documents, Set One; and (2) pertinent portions of the produced documents ("PLST000240-241").

10. Attached as Ex. "H," please find a true and correct copy of Jonathan Lowell's responses to Plaintiffs' Request for Production of Documents, Set One. This exhibit is solely the responses, not the responsive documents provided therein.

11. Attached as Ex. "I," please find a true and correct copy of Trisha Aljoe's responses to Plaintiffs' Request for Production of Documents, Set One. This exhibit is solely the responses, not the responsive documents provided therein.

12. Attached as Ex. "J," please find a true and correct copy of George Thomas' responses to Plaintiffs' Request for Production of Documents, Set One. This exhibit is solely the responses, not the responsive documents provided therein.

13. Attached as Ex. "K," please find a true and correct copy of Walter Wickboldt's responses to Plaintiffs' Request for Production of Documents, Set One. This exhibit is solely the responses, not the responsive documents provided therein.

14. Attached as Ex. "L," please find a true and correct copy of Plaintiffs' subpoena to the Pleasanton Police Department.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

91439.1

15. Attached as Ex. "M," please find a true and correct copy of the Pleasanton Police Department's responses to Plaintiffs' subpoena. This exhibit is solely the responses, not the responsive documents provided therein.

16. Attached as Ex. "N," please find a true and correct copy of Plaintiffs' Request for Production of Documents, Set Two, to City of Pleasanton.

17. Attached as Ex. "O," please find a true and correct copy of City of Pleasanton's responses to Plaintiffs' Request for Production of Documents, Set Two. This exhibit is solely the responses, not the responsive documents provided therein.

18. Attached as Ex. "P," please find a true and correct copy of: (1) City of Pleasanton's supplemental responses to Plaintiffs' Request for Production of Documents, Set One, including cover letter dated January 9, 2015 from Kevin Allen that accompanied Defendants' supplemental responses; and (2) cover letter dated January 14, 2015 from Kevin Allen, including pertinent portions of produced documents ("PLST000787-788").

19. Attached as Ex. "Q," please find a true and correct copy of George Thomas' supplemental responses to Plaintiffs' Request for Production of Documents, Set One. This exhibit is solely the responses, not the responsive documents provided therein.

20. Attached as Ex. "R," please find a true and correct copy of Walter Wickboldt's supplemental responses to Plaintiffs' Request for Production of Documents, Set One. This exhibit is solely the responses, not the responsive documents provided therein.

21. Attached as Ex. "S," please find a true and correct copy of Plaintiffs' Request for Production of Documents to all Defendants (Set Three to City of Pleasanton; Set Two to Jonathan Lowell; Trisha Aljoe; George Thomas; and Walter Wickboldt).

22. Attached as Ex. "T," please find a true and correct copy of Defendants responses to Plaintiffs' Request for Production of Documents to all Defendants (Set Three to City of Pleasanton; Set Two to Jonathan Lowell; Trisha Aljoe; George Thomas; and Walter Wickboldt). This exhibit is solely the responses, not the responsive documents provided therein.

23. Attached as Ex. "U," please find a true and correct copy of City of Pleasanton's second supplemental responses to Plaintiffs' Request for Production of Documents, Set One. This

exhibit is solely the responses, not the responsive documents provided therein.

24. Attached as Ex. "V," please find a true-and-correct copy of the deposition of Jonathan Lowell, Part 1, taken on April 3, 2015.

25. Attached as Ex. "W," please find a true-and-correct copy of the deposition of Jonathan Lowell, Part 2, taken on April 23, 2015.

26. Attached as Ex. "X," please find a true-and-correct copy of the deposition of Trisha Aljoe, taken on April 6, 2015.

27. Attached as Ex. "Y," please find a true-and-correct copy of email correspondence between prior Plaintiffs' counsel and Defendants' counsel dated April 20-April 30, 2015, regarding discovery, including email attachments.

28. Attached as Ex. "Z," please find a true-and-correct copy of letter from Plaintiffs' counsel to Defendants' counsel, dated July 7, 2015.

29. Attached as Ex. "AA," please find a true-and-correct copy of email from Plaintiffs' counsel to Defendants' counsel, dated July 6, 2015.

30. Attached as Ex. "BB," please find a true-and-correct copy of emails between Plaintiffs' counsel and Defendants' counsel, from June 23, 2015 to July 6, 2015. The redacted portions concern settlement negotiations between Plaintiffs and Defendants.

31. Attached as Ex. "CC," please find a true-and-correct copy of emails between the Court clerk, Plaintiffs' counsel, and Defendants' counsel, from July 6, 2015 to July 20, 2015.

32. After unsuccessful mediation before court-appointed mediator Simon Frankel in February 2015, the parties returned to private mediation with Mr. Frankel on August 7, 2015. Both sides had legal counsel there: Donald Schwartz for Plaintiffs; Kevin Allen for Defendants. The mediation lasted approximately 9 straight hours.

33. Attached as Ex. "DD," please find a true-and-correct copy of emails between Plaintiffs' counsel and Defendants' counsel, dated July 10, 2015.

34. Attached as Ex. "EE," please find a true and correct copy of the executed settlement agreement.

35. Attached as Ex. "FF," please find a true-and-correct copy of emails between

Plaintiffs' counsel and Defendants' counsel, dated August 8, 2015.

36. Attached as Ex. "GG," please find a true-and-correct copy of an email from Plaintiffs' counsel to Defendants' counsel, dated August 12, 2015, including email attachment.

37. Attached as Ex. "HH," please find a true-and-correct copy of emails between Plaintiffs' counsel and Defendants' counsel, dated August 12-13, 2015.

38. Attached as Ex. "II," please find a true-and-correct copy of emails between Plaintiffs' counsel and Defendants' counsel, dated September 1, 2015.

39. Attached as Ex. "JJ," please find a true-and-correct copy of an email from Plaintiffs' counsel to Defendants' counsel, dated September 10, 2015.

40. Attached as Ex. "KK," please find a true-and-correct copy of an email from Plaintiffs' counsel to Defendants' counsel, dated September 10, 2015.

41. Attached as Ex. "LL," please find an executed, notarized copy of the Release.

42. Attached as Ex. "MM," please find a true-and-correct copy of the settlement check in this action, including the file-endorsed stamp on the back of the check.

43. Attached as Ex. "NN," please find a true-and-correct copy of the cover letter from Defendants' counsel to Plaintiffs' counsel concerning the $50,000 settlement, dated September 28, 2015 and including proof of overnight mailing.

44. Attached as Ex. "OO," please find a true-and-correct copy of an email from Defendants' counsel to Plaintiffs' counsel, dated September 3, 2015.

45. Attached as Ex. "PP," please find a true-and-correct copy of an email from Defendants' counsel to Plaintiffs' counsel, dated September 11, 2015.

46. To Defendants' knowledge, they never received a response to their September 11, 2015 email to Plaintiffs requesting a stipulation to sign (to remove McGrew).

47. Attached as Ex. "QQ," please find a true-and-correct copy of emails between Plaintiffs' counsel and Defendants' counsel, dated October 27-31, 2015.

48. Attached as Ex. "RR," please find a true-and-correct copy of an email from Defendants' counsel to Plaintiffs' counsel, dated November 2, 2015.

49. Attached as Ex. "SS," please find a true-and-correct copy of emails between

Plaintiffs' counsel and Defendants' counsel, dated September 3, 2015.

50. Attached as Ex. "TT," please find a true-and-correct copy of emails from Defendants' counsel to Plaintiffs' counsel, dated September 15, 2015.

51. Attached as Ex. "UU," please find a true-and-correct copy of the additional documents produced on September 15, 2015.

52. Attached as Ex. "VV," please find a true-and-correct copy of emails between Plaintiffs' counsel and Defendants' counsel, dated December 2, 2015.

53. Attached as Ex. "WW," please find a true-and-correct copy of emails between Plaintiffs' counsel and Defendants' counsel, from February 13-16, 2016, including email attachments. The yellow highlighting in the exhibit is original; Defendants did not mark the document.

54. Attached as Ex. "XX," please find a true-and-correct copy of emails between Plaintiffs' counsel and Defendants' counsel, from March 4-28, 2016, including pertinent email attachments.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my own personal knowledge.

Executed this 31st day of March, 2016, at San Francisco, California.

*Kevin P. Allen*
KEVIN P. ALLEN

91439.1