**EXHIBIT "M"**

1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA 94104
   Telephone:  (415) 697-2000
5  Facsimile:  (415) 813-2045

6  Attorneys for Defendants
   CITY OF PLEASANTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS ("LEROY") A. SPITZER and CRAIG J. SPITZER,<br><br>Plaintiffs,<br><br>v.<br><br>TRISHA A. ALJOE, et al.,<br><br>Defendants. | Case No.: CV 13-5442-MEJ<br><br>**RESPONSES AND OBJECTIONS BY CUSTODIAN OF RECORDS FOR PLEASANTON POLICE DEPARTMENT TO PLAINTIFFS' SUBPOENA** |

**TO: PLAINTIFFS THOMAS A. SPITZER AND CRAIG J. SPITZER AND TO THEIR ATTORNEY OF RECORD:**

On or about December 19, 2014, Plaintiffs served a subpoena directed to the Custodian of Records for the Pleasanton Police Department, requesting three categories of documents (A, B, and C). A copy of that subpoena is attached as Ex. "A." The custodian of records has reviewed the records held by the Pleasanton Police Department ("Department") and provided the documents responsive to the subpoena. Hard copies of those documents are enclosed. As a courtesy, electronic copies are also included on the enclosed CD.

With respect to Subpoena Request A5, the Department has no responsive documents. They are presumably held by the entity named in the subpoena. With respect to Subpoena Request A16, the Department found no responsive documents. With respect to Subpoena Request

37097.1

A14, jail records are not the property of the Department. With respect to Subpoena Requests A4, A8, A9, and A10, the Department did not locate any voice recordings or radio communications. With respect to Subpoena Request A1 and A2, there are no personal notes or records. With respect to Subpoena Request A7, A11, and A13, the various police reports, warrant, and CAD print-outs are produced. Any responsive information is contained in those documents.

In addition to responding to the subpoena, Pleasanton Police Department makes the following objections:

**Objection to Subpoena Request A3:** To the extent the Request concerns Ms. Bartok -- who is not a named defendant in the above-titled litigation -- the Department objects the Request violates her privacy rights. The produced documents have been redacted to ensure her right to privacy.

**Objection to Subpoena Request A12:** The Department objects the Request violates the privacy rights of Officer Tujague, who is not a named defendant in the above-titled litigation. The information also falls within the government interest privilege

**Objection to Subpoena Request A15:** The Department objects the Request violates the privacy rights of Ms. Bartok, who is not a named defendant in the above-titled litigation. The produced documents have been redacted to ensure her right to privacy.

Respectfully submitted,

Dated: December 31, 2014

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: _____
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF PLEASANTON

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, California 94104. On December 31, 2014, I served the within: **RESPONSES AND OBJECTIONS BY CUSTODIAN OF RECORDS FOR PLEASANTON POLICE DEPARTMENT TO PLAINTIFFS' SUBPOENA** on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

SEE ATTACHED SERVICE LIST

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after e Request violates the privacy rights of Ms. Bartok, who is not a named defendant in the above-titled litigation. The produced documents have been redacted to ensure her right to po, California.

☒ **(FEDERAL)** I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 31, 2014, at San Francisco, California.

_Danielle Costes_
Danielle Costes

3   RESPONSE TO RPD #1 (COP)
CV 13-5442-MEJ

37097.1

**SERVICE LIST**

Deron A. Kartoon  
Law Offices of Deron A. Kartoon  
3 Sir Francis Drake Boulevard  
P.O. Box 1403  
Ross, CA 94957

Attorneys for Plaintiffs