**EXHIBIT "EE"**

```
 1  DALE L. ALLEN, JR., State Bar No. 145279
    dallen@aghwlaw.com
 2  KEVIN P. ALLEN, State Bar No. 252290
    kallen@aghwlaw.com
 3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
    180 Montgomery Street, Suite 1200
 4  San Francisco, CA  94104
    Telephone:    (415) 697-2000
 5  Facsimile:    (415) 813-2045

 6  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS ("LEROY") A. SPITZER and CRAIG J. SPITZER,<br><br>Plaintiffs,<br><br>v.<br><br>TRISHA A. ALJOE, et al.,<br><br>Defendants. | Case No.: 3:13-cv-05442-MEJ<br><br>**SETTLEMENT TERMS** |

## SETTLEMENT TERMS

Plaintiffs Thomas ("Leroy") Spitzer and Craig Spitzer ("Plaintiffs") and Defendants City of Pleasanton, Jonathan Lowell, Trisha Aljoe, Walter Wickboldt, George Thomas, Ryan Tujague, and Robert Leong ("Defendants") hereby settle the instant action -- *Spitzer v. City of Pleasanton*, Northern District of California, CV 13-5442-MEJ -- on the following terms:

1. Defendants to pay Plaintiffs $50,000. Best efforts to issue settlement check within two weeks;

2. Defendants will sign a stipulation prepared by Plaintiffs and acceptable to Defendants for McGrew's removal as receiver in the state-court abatement action, and request the state court appoint a qualified receiver. Defendants will consider Plaintiffs' proposed receiver (Edwin Heath). If Defendants consider him materially unqualified, they will notify the Court. If

the Court asks the parties for potential receivers, Defendants will submit names for consideration. The parties will leave it to the Court's discretion to appoint the new receiver;

3. For the City of Pleasanton's attorney fee recovery request in the state-court abatement action, the City of Pleasanton will submit a recovery request for hours worked at no greater than $150 per hour. Plaintiffs reserve all other rights related to the Receiver's attorney fee recovery;

4. Defendants will look again for any non-privileged communications regarding Receiver McGrew. Upon conclusions of Defendants' review, they will contact Plaintiffs' counsel and either: (1) provide him additional documents; or (2) inform him no such documents exist. Plaintiffs reserve the right to make a Public Records Act Request under California law upon dismissal of the settling defendants herein;

5. Defendants will prepare and submit a Release for Plaintiffs' notarized signature. Defendants will issue the settlement check for $50,000 within 14 days of Defendants' counsel acknowledging receipt of the notarized Release.

6. Plaintiffs categorize this settlement as one for personal injury recovery. Defendants make no representation as to the categorization or tax treatment of this settlement. Plaintiffs to seek their own tax advice.

Dated: August 7, 2015

LAW OFFICES OF DONALD C. SCHWARTZ

By: _____
DONALD C. SCHWARTZ
Attorneys for Plaintiffs

Dated: August 7, 2015

By: _____
THOMAS ("LEROY") SPITZER

Dated: August 7, 2015

By: _____
CRAIG SPITZER

| | |
|---|---|
| Dated: August 7, 2015 | By: _____<br>JONATHAN LOWELL |
| Dated: August 7, 2015 | By: _____<br>RENEE PERKO for the CITY OF PLEASANTON |
| Dated: August 7, 2015 | By: _____<br>GEORGE THOMAS |
| Dated: August 7, 2015 | By: _____<br>WALTER WICKBOLDT |
| Dated: August 7, 2015 | By: _____<br>TRISHA ALJOE |
| Dated: August 7, 2015 | By: _____<br>RYAN TUJAGUE |
| Dated: August 7, 2015 | By: _____<br>ROBERT LEONG |
| Dated: August 7, 2015 | ALLEN, GLAESSNER,<br>HAZELWOOD & WERTH, LLP<br><br>By: /s/ Kevin P. Allen<br>DALE L. ALLEN, JR.<br>KEVIN P. ALLEN<br>Attorneys for Defendants |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

PLEADING TITLE
3:13-CV-05442-MEJ

17349.1

| | | |
|---|---|---|
| 1 | Dated: August 7, 2015 | By: _____ |
| 2 | | JONATHAN LOWELL |
| 3 | Dated: August 7, 2015 | By: _____ |
| 4 | | RENEE PERKO for the CITY OF PLEASANTON |
| 5 | Dated: August 7, 2015 | By: _____ |
| | | GEORGE THOMAS |
| 6 | Dated: August 7, 2015 | By: _____ |
| 7 | | WALTER WICKBOLDT |
| 8 | | |
| 9 | Dated: August 7, 2015 | By: _____ |
| | | TRISHA ALJOE |
| 10 | | |
| 11 | Dated: August 7, 2015 | By: _____ |
| | | RYAN TUJAGUE |
| 12 | | |
| 13 | Dated: August 7, 2015 | By: _____ |
| | | ROBERT LEONG |
| 14 | | |
| 15 | Dated: August 7, 2015 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| 16 | | |
| 17 | | By: /s/ Kevin P. Allen |
| | | DALE L. ALLEN, JR. |
| 18 | | KEVIN P. ALLEN |
| | | Attorneys for Defendants |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

PLEADING TITL
3:13-CV-05442-M

17349.1

| | |
|---|---|
| Dated: August 7, 2015 | By: *[signature]*<br>JONATHAN LOWELL |
| Dated: August 7, 2015 | By: *[signature]*<br>RENEE PERKO for the CITY OF PLEASANTON |
| Dated: August 7, 2015 | By: _____<br>GEORGE THOMAS |
| Dated: August 7, 2015 | By: _____<br>WALTER WICKBOLDT |
| Dated: August 10, 2015 | By: *[signature]*<br>TRISHA ALJOE |
| Dated: August 7, 2015 | By: _____<br>RYAN TUJAGUE |
| Dated: August 7, 2015 | By: _____<br>ROBERT LEONG |
| Dated: August 7, 2015 | ALLEN, GLAESSNER,<br>HAZELWOOD & WERTH, LLP<br><br>By: */s/ Kevin P. Allen* *[signature]*<br>DALE L. ALLEN, JR.<br>KEVIN P. ALLEN<br>Attorneys for Defendants |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

PLEADING TITLE
3:13-CV-05442-MEJ

17349.1

Dated: August 7, 2015

By: _[signature]_____
RENEE PERKO for the CITY OF PLEASANTON

Dated: August 7, 2015

By: _____
GEORGE THOMAS

Dated: August 7, 2015

By: _____
WALTER WICKBOLDT

Dated: August 7, 2015

By: _____
TRISHA ALJOE

Dated: August 7, 2015

By: _[signature]_____
RYAN TUJAGUE

Dated: August 7, 2015

By: _[signature]_____
ROBERT LEONG

Dated: August 7, 2015

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: _/s/ Kevin P. Allen_____
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

PLEADING TITLE
3:13-CV-05442-MEJ

3

17349.1