# EXHIBIT "UU"



510.773.9136 Mobile
Christopher D. Kwoka, PE, CEO

October 18, 2012

Mr. Benjamin McGrew
Managewest, Inc.
2741 Gunn Road
Carmichael, CA 95608

**Subject:**     **Content Removal, Chemical Inventory, Lab Pack, Transportation and Disposal Services**
**4719 Orangewood Court, Pleasanton, CA**

Dear Ben:

DECON Environmental Services, Inc. (DECON) is pleased to present this proposal for content removal, chemical inventory, lab pack, transportation and disposal services at the above-referenced site. The following sections of this proposal describe DECON's scope of work, pricing, and the assumptions and exclusions we have made in developing this estimate.

<u>Scope of Work</u>

DECON will provide personnel and equipment to perform the following tasks:

- Remove all of the contents from the house and sort the contents by material type. Any containers of chemicals will be segregated and handled with the containers that are already staged outside. All metal items will be placed in a bin for recycling. Useable clothing will be segregated and donated to a homeless shelter or other civic organization. Paper and cardboard will be placed into a separate bin for recycling and the remainder of the contents will be placed into a dumpster for disposal as general debris.

- The surplus hazardous chemicals that are staged outside will be segregated by hazard class, lab packed and/or over packed, and containerized for hazardous waste transportation and disposal.

- Transport the containerized waste chemicals to a waste disposal facility licensed to accept the waste.

- Actual waste categories and quantities are unknown. Unit rates are provided for common lab pack and bulk waste streams and commodities (drums, triwalls, vermiculite).

- Once all of the materials have been removed from the yard, DECON personnel will conduct a thorough inspection of the ground to identify any "stained" areas where chemicals may have been spilled. These stained areas will be sampled and analyzed to determine if there is any soil contamination. In addition, the entire yard will be

PLST001145

sectioned using a standard grid and random samples will be connected within selected grid coordinates to verify that the entire yard is not contaminated.

## Schedule

DECON estimates that it will take a crew of three technicians and a supervisor five days to remove, sort, and containerize the contents of the inside of the house. DECON estimates that it will take another three to five days to sort and containerize the materials (not including the chemicals) that are staged in the yard. All of the motors will have to be inspected and oil drained from the crankcases and gasoline removed from the gas tanks before they can be recycled as scrap metal. It will take between 10 and 15 days to inventory, segregate, and package all of the chemicals. It will take a day or two to sample the yard after all of the contents and chemicals have been removed.

## Schedule of Prices

DECON offers to perform the work outlined in this proposal on time and materials basis. The content removal sorting crew will consist of a Supervisor and three technicians and the chemical handling crew will consist of a field chemist and two technicians. The daily rates are as follows:

**Content Crew**

| | |
|---|---:|
| Supervisor @ $75.00/hour for 8 hours: | $ 600 |
| Three Technicians @ $50.00/hour/each for 8 hours: | $ 1,200 |
| Personal Protective Equipment @ $52/day/person: | $ 208 |
| Gear Truck @ $110/day: | $ 110 |
| Miscellaneous Materials (rags, spray bottles, plastic) @ $132/day: | $ 132 |
| Hand Tools and Equipment @ $22/day | $ 22 |
| **Total Crew Cost:** | **$ 2,272/day** |

**Chemical Handling Crew**

| | |
|---|---:|
| Field Chemist @ $85.00/hour for 8 hours: | $ 680 |
| Two Technicians @ $50.00/hour/each for 8 hours: | $ 800 |
| Personal Protective Equipment @ $52/day/person: | $ 156 |
| Gear Truck @ $110/day: | $ 110 |
| Miscellaneous Materials (rags, pH paper, respirator Cartridges) @ $192/day: | $ 192 |
| Hand Tools and Equipment @ $22/day: | $ 22 |
| **Total Crew Cost:** | **$ 1,960/day** |

The following materials will be used for containerizing the chemicals. The quantities of these materials cannot be determined at this time.

**Additional Material Costs**

| | |
|---|---:|
| Drums: | |
| 5 Gallon Poly | $ 18/each |
| 55 gallon Steel Closed-Top | $ 50/each |
| 55 gallon Steel Open-Top | $ 50/each |
| 55 gallon Poly Closed-Top | $ 72/each |
| 55 gallon Poly Open-Top | $ 72/each |

PLST001146

Mr. Benjamin McGrew                                                                    Page 2
Manage West, Inc.

85 gallon Steel Over-pack                     $136/each
Tri-wall Boxes:                               $120/each
Absorbent:                                    $ 18/bag
Vermiculite:                                  $ 23/bag

Transportation and disposal of the non-hazardous debris and recycled plastic and metal
will be charged at cost plus 20%.

**Hazardous Waste Transportation and Disposal**

The following pricing is based on Non-RCRA, California hazardous waste disposal.
Actual disposition may change based on disposal facility final review and acceptance of
the waste profiles.

**Disposal – Unit Rates**

|                                                   | Number | Rate      | Unit       |
|---------------------------------------------------|--------|-----------|------------|
| Lab Pack Waste                                    |        |           |            |
| Latex Paint, Loose Pack                           | 1      | $690.00   | Triwall    |
| PRM, flamm (Loose Pack)                           | 1      | $890.00   | Triwall    |
| Corrosive Liquids/Solids (8)                      | 1      | $385.00   | 55-gal     |
| Toxic Solids/Liquids (Organic/inorganic) (6.1)    | 1      | $550.00   | 55-gal     |
| Flam Toxic or Flam Corr Liq/Sol (3,4.1, 6.1,)     | 1      | $550.00   | 55-gal     |
| Non-RCRA Solids/Liquids(Lab Pack)                 | 1      | $245.00   | 55-gal     |
| Herbicide/Pesticides                              | 1      | $245.00   | 30-gal     |
| Flammable Liquids                                 | 1      | $350.00   | 55-gal     |
| Oxidizing Liq/Sol (5.1) [min per container]       | 1      | $895.00   | 30-gal     |
| Bulk Waste                                        |        |           |            |
| Oil                                               | 1      | $130.00   | 55-gal     |
| Oil Filters                                       | 1      | $130.00   | 55-gal     |
| Non-Haz Solids/Liquids                            | 1      | $155.00   | 55-gal     |
| Non-RCRA Solids/Liquids                           | 1      | $160.00   | 55-gal     |
| Latex Paint                                       | 1      | $16.000   | 55-gal     |
| Aerosols                                          | 1      | $325.00   | 55-gal     |
| TRANSPORTATION                                    |        |           |            |
|                                                   |        | $80.00    | Triwall    |
|                                                   |        | $25.00    | 30 – 55-gal|
|                                                   |        | $20.00    | 20-gal     |
|                                                   |        | $15.00    | 10 – 15-gal|

PLST001147

Mr. Benjamin McGee
Manage Rest, Inc.

Page 2
10/25/12

## Assumptions and Exclusions

The following assumptions and exclusions were made as a basis in developing our prices, and will be adjusted accordingly if conditions are different than we assumed:

- Power and water will be available on site at no charge to MES;
- The following pricing is provided for estimate purposes only. Actual prices will be based on disposal facility final review and acceptance of the waste profiles;
- Work to be completed during regular business hours, Monday through Friday;
- MES has excluded the removal of the vehicles but included removal of the contents stored in the vehicles;
- Terms are net 30 from date of invoice, upon approved credit. Pricing is firm for 30 days from the date of this proposal.

Please feel free to call me at (510) 732-6444, or at (408) 319-1269 cell should you have any questions. We look forward to working with you on this project.

If you have any questions or need additional information, feel free to contact me anytime at ckwoka@deconenv.com or on my office phone (510) 732 – 6444, extension 338, or at my mobile phone number (510) 773 – 9136.


**DECON Environmental Services, Inc.**

Sincerely,

*Christopher D. Kwoka*

Christopher D. Kwoka, P.E.
Chief Executive Officer




Project estimate accepted by:

Signature: _____          PO#: _____

PLST001148

PLST001149

**Trisha Aljoe**

| | |
|---|---|
| **From:** | Hilliary Rolls <hrolls@managewest.com> |
| **Sent:** | Tuesday, October 23, 2012 5:41 PM |
| **To:** | Craig Spitzer (aamobilitysf@gmail.com); trickwhitey@att.net; Trisha Aljoe |
| **Cc:** | J Benjamin McGrew |
| **Subject:** | City of Pleasanton v. Thomas A. Spitzer, et al / Case No. RG12642206 - Initial Report of Receiver |
| **Attachments:** | CITY V. SPITZERINITIAL RPT.pdf |

Attached please find the Initial Report of Receiver a submitted to the Court today for filing.  Please contact me should you have any questions.

*Hilliary Rolls,* Property Manager
MANAGEWEST, INC.
Lic. #01204395

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** BizHubC352@managewest.com [mailto:BizHubC352@managewest.com]
**Sent:** Tuesday, October 23, 2012 5:42 PM
**To:** Hilliary Rolls
**Subject:** Message from KMBT_C352

PLST001150

PLST001151

**Trisha Aljoe**

| | |
|---|---|
| **From:** | Trisha Aljoe <trishaaljoe@comcast.net> |
| **Sent:** | Wednesday, October 31, 2012 3:39 PM |
| **To:** | aamobilitysf@gmail.com; 'trickwhitey@att.net' |
| **Cc:** | J Benjamin McGrew (JBMcGrew@receivertrustee.com); Julie Harryman (jharryman@cityofpleasantonca.gov); dept520@alameda.courts.ca.gov |
| **Subject:** | Notice of Unavailability of Counsel (City of Pleasanton v. Thomas Spitzer, et al, RG12642206) |

To Respondents Thomas and Craig Spitzer:

Please be advised that counsel for the Petitioner will be unavailable from November 1, 2012 through November 11, 2012 to receive notices, service of process, appear in court or be served with any legal documents.

I am sending you this Notice of Unavailability as the counsel of record in the matter of the *City of Pleasanton v. Thomas Spitzer, et al,* Case # RG12642206.

Please be aware that if you attempt service of any pleadings or schedule any court hearings during this noticed period of unavailability of counsel, you are subject to sanctions. You are not permitted to bypass this notice by serving the Petitioner when their counsel  has notified you of unavailability.

I am aware that you have a deadline in which to file and serve a Reply to the City's opposition to demurrer if you choose to do so. If your Reply is due during the time period I am unavailable (I will be out of the country), as long as that is the only pleading you file and serve in this case, we will of course make an exception for service and filing of that Reply brief only.

Sincerely,

Trisha A. Aljoe
Attorney for City of Pleasanton, Petitioner

PLST001152

PLST001153

**Trisha Aljoe**

| | |
|---|---|
| **From:** | J Benjamin McGrew <JBMcGrew@managewest.com> |
| **Sent:** | Wednesday, February 06, 2013 12:44 PM |
| **To:** | Trisha Aljoe |
| **Cc:** | Trisha Aljoe; Hilliary Rolls |
| **Subject:** | Spitzer |
| **Attachments:** | photo.JPG; ATT00001.txt |

Trisha- I've been out with a sick (hospice) relative --I'm back-- also at Spitzer property today w /environmental- realtor--storage people all rebidding services.
Hope all is well.
I'll call to update you with thoughts going forward.
Thanks, Ben

1

PLST001154

PLST001155

**Trisha Aljoe**

| | |
|---|---|
| **From:** | Mendel, Isaac <IMendel@lpfire.org> |
| **Sent:** | Tuesday, April 30, 2013 7:14 AM |
| **To:** | J Benjamin McGrew |
| **Cc:** | Trisha Aljoe; Trisha Aljoe; Hilliary Rolls |
| **Subject:** | RE: Spitzer remediation dates- per our conversation |

Hi,

Please, submit the amended scope of work/hazardous materials removal plan to me for review and approval when it is available. I might have a few scheduling conflicts the week of May 20th, but we will hopefully be able to work around them. We can formally discuss coordination and scheduling once all the necessary approvals have been obtained.

Regards,
Isaac Mendel
Hazardous Materials Inspector
Livermore-Pleasanton Fire Department
3560 Nevada St.
Pleasanton, CA 94566
Office: (925) 454-2334
Fax: (925) 454-2367

-----Original Message-----
From: J Benjamin McGrew [mailto:JBMcGrew@managewest.com]
Sent: Saturday, April 27, 2013 1:27 PM
To: Mendel, Isaac
Cc: Trisha Aljoe; Trisha Aljoe; Hilliary Rolls
Subject: Spitzer remediation dates- per our conversation

Isaac-Thank-you for your time on Wednesday 4/24/13 to review remediation/removal start dates for the Orangewood Court property in Pleasanton (Spitzer). I also met with Bill Grant of DECON Environmental at their offices in Hayward on 4/24/13 and confirmed that the "non-haz" sorting/packing/ removal segment of the job could start in the latter part of the week of May 13th or the week of May 20th. The "haz" removal portion if the engagement will directly follow the "non-haz" schedule.I understand that no work can commence until we have your (Livermore/Pleasanton FD HazMat) specific approval as well as approval of Ms. Aljoe and her client.
DECON already agreed to modify their contract and scope/inventory reporting per your prior input.
As we discussed I am tardy with some court reporting (two back to back family issues) that I will have to Ms. Aljoe early his coming week-- if that is in line I will ask her to discuss any input her client may need to insert into this process. I will also reach out to her so she has the benefit of information that we discussed together.
One thing to remember is that not only will we be removing the hazards we will need to end up with a structure that is in such a condition that it can be sold to a 3rd party - as that will most likely be he step directly following the cleanup and constructively closes this action and estate .

Regards,
J.Benjamin McGrew, CPM CCIM
Sent from my iPhone

1

PLST001157

## Trisha Aljoe

| | |
|---|---|
| **From:** | Trisha Aljoe <taljoe@richmondpd.net> |
| **Sent:** | Tuesday, May 21, 2013 12:04 PM |
| **To:** | EDelivery@alameda.courts.ca.gov |
| **Cc:** | J Benjamin McGrew; Ann Jokinen; Trisha Aljoe |
| **Subject:** | CMC Statement, City of Pleasanton  RG12642206 |
| **Attachments:** | CMC JUNE 13 Statement.pdf |

Thank you.

Trisha A. Aljoe,
Attorney for Petitioner, City of Pleasanton

1

PLST001158

PLST001159

## Trisha Aljoe

| | |
|---|---|
| **From:** | J Benjamin McGrew <JBMcGrew@managewest.com> |
| **Sent:** | Wednesday, May 29, 2013 11:08 AM |
| **To:** | Trisha Aljoe |
| **Cc:** | Hilliary Rolls; J Benjamin McGrew |
| **Subject:** | Spitzer - Livermore FD HazMat input re: SOILS |
| **Attachments:** | Revised Proposal for Content and Waste Handling, Pleasanton Property, Incl soils test.doc |

Hello Trisha- Attached find a revised proposal for remediation of the Spitzer property.
You can see a substantial addition for soils testing etc.

We thought we were done with the environmental protocol then Livermore HazMat says that they want the entire yard/soils/plant materials stripped down and replaced (fresh clean soil) down to the 6 inch level. Livermore HazMat also says that they (nor any other agency) have done no testing to tell them that this is the proper way to do it but it is what they want. The removed soils are trucked away to either a Level 1 or Level 2 hazmat site and treated/disposed at our cost. I know I need Livermore FD/Hazmat signoff to close case and sell to a new owner so I don't want to be adversarial to them but I don't want to strip the entire yard if we can accomplish a clean bill of health with alternate methods. The attached proposal has a testing protocol that would precede any mass excavation of the property—maybe the testing will tell us the same thing but our environmental company is asking HazMat to consider (doing this right now) testing first then remediate to the level (depth?) that the test tell us.

While they (HazMat and Geocon) are reviewing the protocol and direction for the this property I would like you to review this with your client so that we might include any of their requirements (reporting/permits etc) or thoughts in the final job. If we need to meet (HazMat/your client?Geocon) we could accomplish next week sometime.

Also what fees/costs should I put in for your or your client (code enforcement/building inspections/fines etc)—I have financing ready but need to include enough to pay any and all costs (Spitzer cant pay) incurred on this file including the prior enforcement actions.

Thanks,

Ben

Also I had a landscape company clean the property and have talked and or corresponded with the neighbors .

**J. Benjamin McGrew CPM CCIM**
**Trustee in Bankruptcy**
**Superior Court Receiver**
P.O. Box 0994
Carmichael, CA 95609-0994
W 916.482.5100 Ext 15
F 916.482.6100
C 916.804.3900

IREM NATIONAL
*Senior Vice President* 2012-2013

PLST001160



PLST001161

PLST001162

**J Benjamin McGrew**

| | |
|---|---|
| **From:** | Terry Winsor <TWinsor@mathesoninc.com> |
| **Sent:** | Tuesday, August 13, 2013 12:04 PM |
| **To:** | Hilliary Rolls; J Benjamin McGrew |
| **Cc:** | Chris Kwoka |
| **Subject:** | Progress at 4719 Orangewood Court, Pleasanton |
| **Attachments:** | 4710 Orangewood Court_08_13_2013_b.jpg; 4710 Orangewood Court_08_13_2013 _c.jpg; 4710 Orangewood Court_08_13_2013_d.jpg; 4710 Orangewood Court_08_13_2013_e.jpg; 4710 Orangewood Court_08_13_2013_f.jpg; 4710 Orangewood Court_08_13 _2013_g.jpg; 4710 Orangewood Court_08_13_2013_h.jpg; 4710 Orangewood Court_08_ 13_2013_i.jpg |

Hilliary/Ben:
The attached photos will evidence progress at 4719 Orangewood Court.  Most of the 'debris' (accumulated wastes of various forms) has been removed from the property. Three tasks remain:

1. Inventory and over-pack chemicals and batteries, etc.
2. Prepare a sampling and analysis plan using the inventory and descriptions of where the chemicals, etc. were removed.
3. Excavate the soil and verify for the Livermore-Pleasanton Fire Department that no contamination remains in the soils.

I used the term 'most' above because the 1969 El Dorado, the ¾-ton Fleetside pickup, and speed boat remain on the property.  We need direction to proceed with those three things.  To dispose of the waste oil and over pack drums of chemicals, we also need the EPA ID #.  If you require the information to acquire that please let me know at your earliest convenience.  I will notify the LPFD of our progress because they want to observe the inventory and condition of soils before the drums, etc. are shipped from the property.

Loose materials have been removed from inside the house, but sheet rock and flooring that has been heavily stained and damaged is still in place.  There is evidence of mold as well; DECON can remove the mold and dispose of the materials appropriately upon your direction.

Terry R Winsor, PG, QSD/QSP
(925) 285-9143

THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS CONFIDENTIAL, intended for the sole use of the addressee(s), and may contain information that is privileged and exempt from disclosure under applicable law. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, please note that any dissemination, distribution, copying or the taking of any action in reliance upon the message is strictly prohibited. If you have received this communication in error, please destroy and notify the sender immediately.

PLST001163









PLST001165





PLST001167

# Crosby & Overton, Inc.

**WASTE PRODUCT QUESTIONNAIRE**      FAX (562) 495-2181

Internal Use Only
Job Number: _____

## GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Generator Name | Thomas Spitzer c/o J. Benjamin McGrev, Receiver | Billing Name | Matheson Environmental Services |
| Address | 4719 Orangewood Ct. | Address | 9785 Goethe Rd. |
| City, State, Zip | Pleasanton, CA 94588 | City, State, Zip | Sacramento, CA 95822 |
| Contact | Lourdes Toledo | Contact | Luis Ortiz |
| Phone | 510-732-6444   Fax 510-782-8584 | Phone | 559-834-3724   Fax |
| EPA ID Number | CAC002740998 | | |

## WASTE PRODUCT DESCRIPTION & CHARACTERISTICS

Waste Product Common Name   Mixed Oils

Process Generating Waste   Cleaning out a residence

**A. Hazardous Properties:**
U.S. EPA Hazardous Waste? Yes ☐ No ☒
State Code (s) ☐ 612   EPA Code (s) None
Waste Product Shock ☐   Sensitive ☐   Reactive ☐   Radioactive ☐   Pyrophoric ☐   Biological ☐   None ☒

**B. Physical Properties at 70 F**
Phys. State: Aerosol ☐   Sludge ☐   Empty Container ☐   Any Free Liquids (70 F)? Yes ☒   No ☐
Solid ☐   Liquid ☒   Color ☐
Layers: Multilayered ☐   Flash Point: 70 F ☐   70-100 F ☐   101-139 F ☐
Bi-Layered ☒   (Closed Cup Only) 140-200 F ☐   No Flash ☐   Exact ☐
Homogenous ☐
Water ☐   Honey ☐
Viscosity: Motor Oil ☐

**C. Density:**
Liquid ☒   lbs/gallon ☐   Solids ☐   By Weight ☐   0.1-12.5 ☐
Solid ☐   lbs/yard ☐   0% ☐   By Volume ☐   12.6 ☐
Odor: None ☐   Strong ☐   Mild ☒   Exact ☐
Any debris in waste? Yes ☐   No ☒
Explain/Describe:

## D. Misc. Regulatory:
Source Code   Oil
Form Code   W205

L.A. County Sanitation District Category:
☐ Oil
☐ Organics

## E. Chemical Composition (account for 100% of total)

| | Range | |
|---|---|---|
| Oils | 90-99 | % |
| Water | 1-10 | % |
| | | % |
| | | % |
| | | % |
| | | % |
| | | % |
| | | % |

### Metals:

| | |
|---|---|
| Total (PPM) | |
| EP Toxicity (mg/l) | |
| Arsenic (As) | |
| Barium (Ba) | |
| Cadmium (Cd) | |
| Chrome (Cr) | |
| Copper (Cu) | |
| Lead (Pb) | |
| Mercury (Hg) | |
| Nickel (Ni) | |
| Selenium (Se) | |
| Silver (Ag) | |
| Zinc (Zn) | |

### Pesticides, Herbicides: PPM

| | |
|---|---|
| Endrin | |
| Lindane | |
| Methoxychlor | |
| Toxaphene | |
| 2,4-D | |
| 2,4,5-TP | |
| Other | |

**Reactives/Other Waste (PPM):**

| | |
|---|---|
| Cyanides | |
| Sulfides | |
| HOC | |
| Dioxin | |
| PCBs | |
| Phenols | |

## F. Shipping and Handling Information

D.O.T. Hazardous Material: Yes ☐   No ☒
Proper D.O.T. Shipping Name: Non-RCRA Hazardous Waste, Liquid (Oil, Water)
D.O.T. Hazard Class: N/A   D.O.T. ID Number: N/A   PG: N/A   Method of Shipment: X   Drum and/or:

| | | | |
|---|---|---|---|
| Bulk: | Other: | D.O.T Shipping Cntr. | Projected Volume 5 DM |
| Tons: | Gallons: | Cubic Yards: | Other: |
| RQ Amount | Per | One Time X | Week |
| Month | Quarter | Year | Comments |

COMMENTS:   Consolidation of unused + used oils at residence

## Generator Certification Statement

I hereby certify that as an authorized representative of the generator named above, all information submitted in this and all attached documents is true and accurate. Analysis of the waste was conducted in accordance with the approved test methods in 40 CFR 261 on a representative sample as defined in 40 CFR 261.20. To the best of my knowledge, all known (40 CFR 261) and suspected hazardous components have been included in the documentation and material and packaging will comply with all current regulations.

Signature _____   Title: Receiver for the Superior Court   Date: 8/19/13

PLST001168

# Crosby & Overton, Inc.

## WASTE PRODUCT QUESTIONNAIRE          FAX (562) 495-2181

Internal Use Only _____ _____
Job Number: _____ _____

### GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Generator Name | Thomas Spitzer c/o J. Benjamin McBrew, Receiver | Billing Name | Matheson Environmental Services |
| Address | 4719 Orangewood Ct. | Address | 9785 Goethe Rd. |
| City, State, Zip | Pleasanton, CA 94588 | City, State, Zip | Sacramento, CA 95827 |
| Contact | Lourdes Toledo | Contact | Luis Ortiz |
| Phone | 510-732-6444  Fax 510-782-8584 | Phone | 559-834-3724  Fax |
| EPA ID Number | CAC002740998 | | |

### WASTE PRODUCT DESCRIPTION & CHARACTERISTICS

Waste Product Common Name  Antifreeze

Process Generating Waste  Cleaning out a residence

**A. Hazardous Properties:**
U.S. EPA Hazardous Waste? Yes ☐ No ☒
State Code (s) 612    EPA Code (s) None
Waste Product Shock ☐ Sensitive ☐ Reactive ☐ Radioactive ☐ Pyrophoric ☐ Etiological ☐ None ☒

**B. Physical Properties at 70 F**
Phys. State: Aerosol ☐ Sludge ☐ Empty Container ☐ Any Free Liquids at 70 F? Yes ☒ No ☐
Solid ☐ Liquid ☒ Powder ☐
Layers: Multilayered ☐ Flash Point: 70 F ☐ 70-100 F ☐ 101-139 F ☐
Bi-Layered ☐ (Closed Cup Only) 140-200 F ☐ No Flash ☒ Exact ___ F ☐
Homogenous ☐
Water ☒ Honey ☐
Viscosity: Motor Oil ☐ Other ☐

**C. Density:**
Liquid ☒ Moist ☐ By Weight ☐ 0.1-1.25 ☐
Solid ☐ Dusty ☐ By Volume ☐ .25-12.6 ☐
Odor: None ☐ Exact ☐
Any debris in waste: Yes ☐ Strong ☐
No ☒ Mild ☐
Explain: ___ Describe: ___

pH 0.9

**D. Misc. Regulatory:**
Source Code: G11
Form Code: W219

L.A. County Sanitation District Category:
☐ Oil
☐ Organics

**E. Chemical Composition (account for 100% of total)**

| | Range | |
|---|---|---|
| Ethylene Glycol | 25-75 | % |
| Water | 25-75 | % |
| Oil | 0-5 | % |
| | | % |
| | | % |
| | | % |
| | | % |
| | | % |

**Metals:**

| | |
|---|---|
| Total (PPM) | |
| EP Toxicity (mg/l) | |
| Arsenic (As) | |
| Barium (Ba) | |
| Cadmium (Cd) | |
| Chrome (Cr) | |
| Copper (Cu) | |
| Lead (Pb) | |
| Mercury (Hg) | |
| Nickel (Ni) | |
| Selenium (Se) | |
| Silver (Ag) | |
| Zinc (Zn) | |

**Pesticides, Herbicides: PPM**

| | |
|---|---|
| Endrin | |
| Lindane | |
| Methoxychlor | |
| Toxaphene | |
| 2, 4-D | |
| 2, 4, 6-TP | |
| Other | |

**Reactives/Other Waste (PPM):**

| | |
|---|---|
| Cyanides | |
| Sulfides | |
| HOC | |
| Dioxin | |
| PCBs | |
| Phenols | |

### F. Shipping and Handling Information

D.O.T. Hazardous Material:   Yes ☐  No ☒

Proper D.O.T. Shipping Name:  Non-RCRA Hazardous Waste, Liquid (Ethylene Glycol, Water)

D.O.T. Hazard Class: ___  D.O.T. ID Number: ___  PG: ___  Method of Shipment: ___ X ___ Drum and/or: ___

| | | | | |
|---|---|---|---|---|
| Bulk: | Other: | D.O.T Shipping Cntnr. | | Projected Volume  1 DM |
| Tons: | Gallons: | Cubic Yards: | Other: | |
| RQ Amount | Per | One Time  X | Week | |
| Month | Quarter | Year | Comments | |

COMMENTS:  Consolidation of unused + used antifreeze at residence

### Generator Certification Statement

I hereby certify that as an authorized representative of the generator named above, all information submitted in this and all attached documents is true and accurate. Analysis of the waste was conducted in accordance with the approved test methods in 40 CFR 261 and representative sample as defined in 40 CFR 261.20. To the best of my knowledge, all known (40 CFR 261) and suspected hazardous components have been included in documentation. All material and packaging will comply with all current regulations.

Signature _____    Title: Receiver for the Superior Court    Date: 8/19/13

PLST001169

# Crosby & Overton, Inc.

**WASTE PRODUCT QUESTIONNAIRE**          FAX (562) 495-2181

Internal Use Only

Job Number: _____

## GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Generator Name | Thomas Spitoor c/o J. Benjamin McGrew, Receiver | Billing Name | Matheson Environmental Services |
| Address | 4719 Orangewood Ct. | Address | 9785 Goethe Rd. |
| City, State, Zip | Pleasanton, CA 94588 | City, State, Zip | Sacramento, CA 95827 |
| Contact | Lourdes Toledo | Contact | Luis Ortiz |
| Phone | 510-732-6444    Fax 510-782-8584 | Phone | 559-834-3724  Fax |
| EPA ID Number | CAC002740998 | | |

## WASTE PRODUCT DESCRIPTION & CHARACTERISTICS

Waste Product Common Name __Mixed Flammable Liquids__

Process Generating Waste __Cleaning out a residence__

**A. Hazardous Properties:**
U.S. EPA Hazardous Waste? Yes ☐ No ☒
State Code (s) __612__          EPA Code (s) __Exempt HHW__
Waste Product Shock ☐ Sensitive ☐ Reactive ☐ Radioactive ☐ Pyrophoric ☐ Biological ☐ None ☒

**B. Physical Properties at 70 F**
Phys. State: Aerosol ☐ Sludge ☐ Empty Container ☐ Any Free Liquids at 70 F? Yes ☐ No ☐
Solid ☐ Liquid ☒
Layers: Multilayered ☐ Flash Point ☒ 70-100 F ☐ 101-139 F ☐
Bi-Layered ☒ (Closed Cup Only) <40-200 F ☐ No Flash ☐ Exact ☐
Homogeneous ☐
Water ☒ Honey ☐
Viscosity: Motor Oil ☐ Other ☐

**C. Density:**
Liquid ☒ % Solids ☐ By Weight ☐ <9.1/12.5 ☐
Solid ☐ % Liquids ☐ By Volume ☐ >12.5 ☐
Any debris in waste: Yes ☐ None ☐ Strong ☐ <9.1-9 ☒ Exact ☐
No ☐ Mild ☐
Explain: _____ Describe: _____

**D. Misc. Regulatory:**
Source Code: __G11__
Form Code: __W204__          L.A. County Sanitation District Category:
☐ Oil
☐ Organics

**E. Chemical Composition (account for 100% of total)**

| | Range |
|---|---|
| See Attachment | % |
| | % |
| | % |
| | % |
| | % |
| | % |
| | % |
| | % |

**Metals:**
Total (PPM) _____
EP Toxicity (mg/l) _____
Arsenic (As) _____
Barium (Ba) _____
Cadmium (Cd) _____
Chrome (Cr) _____
Copper (Cu) _____
Lead (Pb) _____
Mercury (Hg) _____
Nickel (Ni) _____
Selenium (Se) _____
Silver (Ag) _____
Zinc (Zn) _____

**Pesticides, Herbicides: PPM**
Endrin _____
Lindane _____
Methoxychlor _____
Toxaphene _____
2,4-D _____
2,4,5-TP _____
Other _____

**Reactives/Other Waste (PPM):**
Cyanides _____
Sulfides _____
HOC _____
Dioxin _____
PCBs _____
Phenols _____

**F. Shipping and Handling Information**
D.O.T. Hazardous Material:  Yes ☒  No ☐
Proper D.O.T. Shipping Name: __Flammable Liquids, N.O.S. (Gasoline, Methanol)__
D.O.T. Hazard Class: __3__  D.O.T. ID Number: __UN1993__  PG: __II__  Method of Shipment: __X__ Drum and/or:

| | | | | |
|---|---|---|---|---|
| Bulk: _____ | Other: _____ | D.O.T Shipping Cntnr. _____ | | Projected Volume __2 DM__ |
| Tons: _____ | Gallons: _____ | Cubic Yards: _____ | Other: _____ | |
| RQ Amount _____ | Per _____ | One Time _____ | Week _____ | |
| Month _____ | Quarter _____ | Year _____ | Comments _____ | |

COMMENTS: __Consolidation of leaky containers, draining equipment + jerry cans of__
__Flammable liquids at residence__

**Generator Certification Statement**
I hereby certify that as an authorized representative of the generator named above, all information submitted in this and all attached documents is true and accurate. Analysis of the waste was conducted in accordance with the approved test methods in 40 CFR 261 on a representative sample as defined in 40 CFR 261.20. To the best of my knowledge, all known (40 CFR 261) and suspected hazardous components have been included in this documentation. All material and packaging will comply with all current regulations.

Signature _____  Title: __Receiver for the Superior Court__  Date: __8/19/13__

PLST001170

# Crosby & Overton, Inc.

**WASTE PRODUCT QUESTIONNAIRE**          FAX (562) 495-2181

Internal Use Only _____
Job Number: _____

## GENERAL INFORMATION

Generator Name _Thomas Spitzer c/o J. Benjamin McGrew, Receiver_     Billing Name _Matheson Environmental Services_

Address _4719 Orangewood Ct._                           Address _8785 Goethe Rd._

City, State, Zip _Pleasanton, CA 94588_                  City, State, Zip _Sacramento, CA 95827_

Contact _Lourdes Toledo_                                 Contact _Luis Ortiz_

Phone _510-732-6444_  Fax _510-782-8584_                 Phone _559-834-3724_  Fax

EPA ID Number _CAC002740998_

## WASTE PRODUCT DESCRIPTION & CHARACTERISTICS

Waste Product Common Name _Aerosols_

Process Generating Waste _Cleaning out a residence_

| A. Hazardous Properties: | U.S. EPA Hazardous Waste? Yes ☐ No ☒ | | | |
| --- | --- | --- | --- | --- |
| | State Code (s) _611_ | EPA Code (s) | _Exempt HHW_ | |
| | Waste Product: Shock ☐  Sensitive ☐  Reactive ☐  Radioactive ☐  Pyrophoric ☐  Etiological ☐  None ☒ | | | |

| B. Physical Properties at 70 F | Phys. State: Aerosol ☒  Sludge ☐  Empty Container ☐  Any Free Liquids at 70 F? Yes ☐  No ☒ |
| --- | --- |
| | Solid ☐  Liquid ☐  Color |
| | Multilayered ☐  Flash Point: ☐ <70 F ☒ 70-100 F ☐ 101-139 F ☐ |
| | Bi-Layered ☐  (Closed Cup Only) ☐ 140-200 F ☐ No Flash ☐ Exact ☐ |
| | Homogeneous ☒ |
| | Water ☐  Motor Oil ☐  Honey ☐  pH _3_ |

| C. Density: | Liquid ☐  lbs/gallon ☐  % Solids ☐  By Weight ☐  <0.1-12.5 ☐ |
| --- | --- |
| | Solid ☒  lbs/inch ☐  By Volume ☐  12.5 ☐ |
| | Exact ☐ |
| | Any debris in waste  Yes ☒  No ☐  Strong ☐  >0.1-12.5 ☐  Exact ☐ |
| | Mild ☐ |
| | Explain: _Aerosol cans_ |

## D. Misc. Regulatory:

Source Code: _611_        L.A. County Sanitation District Category:
Form Code: _W801_             ☐ Oil
                              ☐ Organics

## E. Chemical Composition (account for 100% of total)

| | Range |
| --- | --- |
| _Aerosols_ | _100_ % |
| | % |
| | % |
| | % |
| | % |
| | % |
| | % |

### Metals:

| | Total (PPM) |
| --- | --- |
| EP Toxicity (mg/l) | |
| Arsenic (As) | |
| Barium (Ba) | |
| Cadmium (Cd) | |
| Chrome (Cr) | |
| Copper (Cu) | |
| Lead (Pb) | |
| Mercury (Hg) | |
| Nickel (Ni) | |
| Selenium (Se) | |
| Silver (Ag) | |
| Zinc (Zn) | |

### Pesticides, Herbicides: PPM

| | |
| --- | --- |
| Endrin | |
| Lindane | |
| Methoxychlor | |
| Toxephene | |
| 2, 4-D | |
| 2, 4, 5-TP | |
| Other | |

### Reactives/Other Waste (PPM):

| | |
| --- | --- |
| Cyanides | |
| Sulfides | |
| HOC | |
| Dioxin | |
| PCBs | |
| Phenols | |

## F. Shipping and Handling Information

D.O.T. Hazardous Material:   Yes ☒   No ☐

Proper D.O.T. Shipping Name: _Aerosols, Flammable_

D.O.T. Hazard Class: _2.1_   D.O.T. ID Number: _UN1950_   PG: _N/A_   Method of Shipment: _____  X Drum and/or ____

Projected Volume _3 Dms_

| Bulk: ____ | Other: ____ | D.O.T Shipping Cntnr. ____ | |
| --- | --- | --- | --- |
| Tons: ____ | Gallons: ____ | Cubic Yards: ____ | Other: ____ |
| RQ Amount ____ | Per ____ | One Time ____ | Week ____ |
| Month ____ | Quarter ____ | Year ____ | Comments ____ |

COMMENTS: _Consolidation of aerosol cans at residence_

## Generator Certification Statement

I hereby certify that as an authorized representative of the generator named above, all information submitted in this and all attached documents is true and accurate, Analysis of the waste was conducted in accordance with the approved test methods in 40 CFR 261 on a representative sample as defined in 40 CFR 261.20. To the best of my knowledge, all known (40 CFR 261) and suspected hazardous components have been included in this documentation. All material and packaging will comply with all current regulations.

Signature _____   Title: _Receiver for the Superior Court_   Date: _8/19/13_

PLST001171

# Crosby & Overton, Inc.

**WASTE PRODUCT QUESTIONNAIRE**          FAX (562) 495-2181

Internal Use Only

Job Number: _____

## GENERAL INFORMATION

| | |
|---|---|
| Generator Name: Thomas Spitzer c/o J. Benjamin McGrew, Receiver | Billing Name: Mathecon Environmental Services |
| Address: 4719 Orangewood Ct. | Address: 9785 Goethe Rd. |
| City, State, Zip: Pleasanton, CA. 94588 | City, State, Zip: Sacramento, CA 95827 |
| Contact: Lourdes Toledo | Contact: Luis Ortiz |
| Phone: 510-732-6444   Fax 510-782-8584 | Phone: 559-834-3724  Fax |
| EPA ID Number: CAC002740998 | |

## WASTE PRODUCT DESCRIPTION & CHARACTERISTICS

Waste Product Common Name: **Oily Debris**

Process Generating Waste: **Cleaning out a residence**

**A. Hazardous Properties:**
- U.S. EPA Hazardous Waste?   Yes ☐   No ☒
- State Code (s): 6/9          EPA Code (s): None
- Waste Product Shock ☐  Sensitive ☐  Reactive ☐  Radioactive ☐   Pyrophoric ☐  Biological ☐   None ☒

**B. Physical Properties at 70 F**
- Phys. State: Aerosol ☐  Sludge ☐  Empty Container ☐  Any Free Liquids @ 70 F?  Yes ☐  No ☒
- Solid ☒   Liquid ☐
- Layers: Multilayered ☐   Flash Point: ☐ <70, ☐ 70-139 ☐, ☐ 101-139 ☐
- Bi-Layered ☐   (Closed Cup Only)  ☐ 140-200 ☐  No Flash ☒  Exact ☐
- Homogenous ☒
- Water ☐   Honey ☐
- Viscosity:  Mold Oil ☐   Other ☐

**C. Density:**
- Liquid ☐   lbs/gallon ☐  % Solids ☐  By Weight ☐
- Solid ☒  Few   lbs/gallon ☐  100 % ☐  By Volume ☐
- Any debris in waste?  Yes ☒   No ☐
- Explain: See below

## D. Misc. Regulatory:

Source Code: 619

Form Code: W002

L.A. County Sanitation District Category:
- ☐ Oil
- ☐ Organics

### E. Chemical Composition (account for 100% of total)

| | Range |
|---|---|
| Debris (plastic, rags, plant matter, small metal & plastic parts strained from oil | 95 - 99 % |
| | % |
| Residual oil | 1 - 5 % |
| | % |
| | % |
| | % |
| | % |

**Metals:**

| | |
|---|---|
| Total (PPM) | |
| EP Toxicity (mg/l) | |
| Arsenic (As) | |
| Barium (Ba) | |
| Cadmium (Cd) | |
| Chrome (Cr) | |
| Copper (Cu) | |
| Lead (Pb) | |
| Mercury (Hg) | |
| Nickel (Ni) | |
| Selenium (Se) | |
| Silver (Ag) | |
| Zinc (Zn) | |

**Pesticides, Herbicides: PPM**

| | |
|---|---|
| Endrin | |
| Lindane | |
| Methoxychlor | |
| Toxaphene | |
| 2,4-D | |
| 2,4,5-TP | |
| Other | |

**Reactives/Other Waste (PPM):**

| | |
|---|---|
| Cyanides | |
| Sulfides | |
| HOC | |
| Dioxin | |
| PCBs | |
| Phenols | |

## F. Shipping and Handling Information

D.O.T. Hazardous Material:   Yes ☐   No ☒

Proper D.O.T. Shipping Name: **Non-RCRA Hazardous Waste, Solid (Oily Debris)**

D.O.T. Hazard Class: N/A   D.O.T. ID Number: N/A   PG: N/A   Method of Shipment: ___ X Drum and/or:

| | | | | |
|---|---|---|---|---|
| Bulk: ___ | Other: ___ | D.O.T Shipping Cntnr. ___ | | Projected Volume 1 Dm |
| Tons: ___ | Gallons: ___ | Cubic Yards: ___ | Other: ___ | |
| RQ Amount ___ | Per ___ | One Time ___ | Week ___ | |
| Month ___ | Quarter ___ | Year ___ | Comments ___ | |

COMMENTS: **Debris from consolidation of oils at residence**

## Generator Certification Statement

I hereby certify that as an authorized representative of the generator named above, all information submitted in this and all attached documents is true and accurate. Analysis of the waste was conducted in accordance with the approved test methods in 40 CFR 261 or of representative sample as defined in 40 CFR 261.20. To the best of my knowledge, all known (40 CFR 261) and suspected hazardous components have been included in this documentation. All material and packaging will comply with all current regulations.

Signature: _____   Title: Receiver for the Superior Court   Date: 8/19/13

PLST001172

# Crosby & Overton, Inc.

**WASTE PRODUCT QUESTIONNAIRE**          FAX (562) 495-2181

Internal Use Only
Job Number: _____

## GENERAL INFORMATION

| | |
|---|---|
| Generator Name _Thomas Spitzer c/o J. Benjamin McGrew, Receiver_ | Billing Name _Matheson Environmental Services_ |
| Address _4719 Orangewood Ct._ | Address _9785 Goethe Rd._ |
| City, State, Zip _Pleasanton, CA 94588_ | City, State, Zip _Sacramento, CA 95827_ |
| Contact _Lourdes Toledo_ | Contact _Luis Ortiz_ |
| Phone _510-732-6444_ Fax _510-782-8584_ | Phone _559-834-3724_ Fax |
| EPA ID Number _CAC002740998_ | |

## WASTE PRODUCT DESCRIPTION & CHARACTERISTICS

Waste Product Common Name _BacGUARD Antibacterial Hand Cleaner_

Process Generating Waste _Cleaning out a residence_

**A. Hazardous Properties:**
U.S. EPA Hazardous Waste? Yes ☐ No ☒
State Code (s) _612_     EPA ID Code (s) _None_
Waste Product Shock ☐ Sensitive ☐ Reactive ☐ Radioactive ☐ Pyrophoric ☐ Etiological ☐ None ☒

**B. Physical Properties at 70 F**
Phys. State: Aerosol ☐ Sludge ☒ Empty Container ☐ Any Free Liquids at 70 F? Yes ☒ No ☐
Solid ☐ Liquid ☐ Color: _____
Layers: Multilayered ☐ Flash Point: ☐ <70 F ☐ 70-100 F ☐ 101-139 F ☐
Bi-Layered ☐ (Closed Cup Only) ☐ 140-200 F ☒ No Flash ☐ Exact ☐
Homogenous ☐
Water ☒ Honey ☐
Viscosity: Motor Oil ☐ Other ☒
**C. Density:** Liquid ☒ _8_ lbs./gallon % Solids _75%_ By Weight ☐ pH <2 ☐ 6.1-12.5 ☐
Solid ☒ _8-10_ lbs./cubic ft. By Volume ☒ 2-5 ☐ 12.5 ☐
Odor: None ☒ 5.1-6.0 ☐ Exact ☒
Any debris in waste? Yes ☒ Strong ☐
No ☐ Mild ☐
Explain: _See Composition_ Describe: _____

**D. Misc. Regulatory:**
Source Code: _____ L.A. County Sanitation District Category:
Form Code: _____ Oil ☐
Organics ☐

**E. Chemical Composition** (account for 100% of total)

| | Range |
|---|---|
| Hand Cleaner, solidified | 90-99 % |
| Water | 1-5 % |
| Debris (cut poly drum top, plastic can, gloves, pine needles) | 1-5 % |
| | % |
| | % |
| | % |
| | % |
| | % |

**Metals:**
Total (PPM) _____
EP Toxicity (mg/l) _____
Arsenic (As) _____
Barium (Ba) _____
Cadmium (Cd) _____
Chrome (Cr) _____
Copper (Cu) _____
Lead (Pb) _____
Mercury (Hg) _____
Nickel (Ni) _____
Selenium (Se) _____
Silver (Ag) _____
Zinc (Zn) _____

**Pesticides, Herbicides: PPM**
Endrin _____
Lindane _____
Methoxychlor _____
Toxaphene _____
2, 4-D _____
2, 4, 5-TP _____
Other _____
**Reactives/Other Waste (PPM)**
Cyanides _____
Sulfides _____
HOC _____
Dioxin _____
PCBs _____
Phenols _____

**F. Shipping and Handling Information**
D.O.T. Hazardous Material: Yes ☐ No ☒
Proper D.O.T. Shipping Name: _Non-RCRA Hand Hazardous Waste, Liquid (Hand Cleaner)_
D.O.T. Hazard Class: _____ D.O.T. ID Number: _____ PG: _____ Method of Shipment: _____ ✗ Drum and/or

| | | | |
|---|---|---|---|
| Bulk: _____ | Other: _____ | D.O.T Shipping Cnlnr. _____ | Projected Volume _1_ |
| Tons: _____ | Gallons: _____ | Cubic Yards: _____ | Other: _____ |
| RQ Amount _____ | Per _____ | One Time _✗_ | Week _____ |
| Month _____ | Quarter _____ | Year _____ | Comments _____ |

COMMENTS: _55 DF w/ top cut off overpacked in 85 DM_

**Generator Certification Statement**
I hereby certify that as an authorized representative of the generator named above, all information submitted in this and all attached documents is true and accurate. Analysis of the waste was conducted in accordance with the approved test methods in 40 CFR 261 on a representative sample as defined in 40 CFR 261.20. To the best of my knowledge, all known (40 CFR 261) and suspected hazardous components have been included in this documentation. All material and packaging will comply with all current regulations.

Signature _____ Title _Receiver for the Superior Court_ Date: _8/22/13_

PLST001173

PLST001174

**USEcology**

WASTE PROFILE FORM

US Ecology Nevada (Beatty)          usencs@usecology.com
US Ecology Idaho (Grand View)       uselcs@usecology.com       PROFILE #_____
US Ecology Texas (Robstown)         usetcs@usecology.com
US Ecology Michigan (Detroit)       usemcs@usecology.com

| A. GENERATOR INFORMATION |
|---|

| 1. Generator Thomas Spitzer c/o J. Benjamin McGrew, Rec | ☐ Billing information is same | ☐ P.O. required for payment |
|---|---|---|

2. Facility Address 4719 Orangewood Ct. | 12. Billing Company Matheson Environmental Services
3. Mailing Address 2741 Gunn Rd, Carmichael, CA 95608 | 13. Billing Address 27356 E. 5th St.
4. City/State/Zip Pleasanton, CA 94588 | 14. City/State/Zip Highland, CA 92346
5. Technical Contact Lourdes Toledo | 15. Billing Contact Luis Ortiz

| 6. Phone (510) 732-6444 | 7. Fax (510) 782-8584 | 16. Phone (559) 834-3724 | 17. Fax |
|---|---|---|---|

| 8. Generator Status | ☐ CESQG | ☐ SQG | ☐ LQG | 18. Email lortiz@mathesoninc.com |
|---|---|---|---|---|

| 9. EPA ID # CAC002740998 | 10. State ID # |
|---|---|

11. SIC Codes:

| B. SHIPPING INFORMATION |
|---|

1. US DOT Shipping name: Polychlorinated Biphenyls, Solid

| 2. Hazard Class: 9 | 3. UN/NA #: UN3432 | 4. Packaging Group: II | 5. RQ: |
|---|---|---|---|

| 6. Container Type | ☐ Bulk | ☐ Totes | ☐ Pallet | ☐ Boxes | ☑ Drums | ☐ Other, Describe: |
|---|---|---|---|---|---|---|

| 7. Frequency | ☐ Year | ☐ Quarterly | ☐ Monthly | ☑ 1 time | ☐ Other, Describe: |
|---|---|---|---|---|---|

| 8. Shipment  Size: 14G     Quantity: 1 | 9. Waste Import ☐ Yes ☑ No
*If yes, complete Waste Import Supplement* |
|---|---|

| C. GENERAL MATERIAL & REGULATORY INFORMATION |
|---|

1. Common name for this waste:
Lamp Ballasts w/ potential PCBs

2. Process generating the material:
Cleaning out of a hoarder's house

3. Describe physical appearance and odor of the waste:
Standard lamp ballasts

| 4. Odor of the waste ☑ None ☐ Slight ☐ Strong | 5. Physical State: ☐ Liquid ☐ Sludge/Slurry ☑ Solid |
|---|---|
| 6. Describe Color: Black & rust | 7. Liquid phases: ☐ Single ☐ Double Layer ☐ Multi-layer |
| 8. Knowledge is from ☐ Lab analysis ☐ MSDS | ☑ Process/generator knowledge |
| 9. Waste Type (US EcologyTexas customers only): ☐ Industrial | ☐ Non-Industrial |

10. Is the waste restricted under EPA Land Disposal Restrictions (§268)   ☐ Yes ☑ No

| 11. If LDR "Yes", is waste: ☐ Wastewater ☐ Non-wastewater ☐ Debris (§268.2) | 12. Alt. Standards for soil? ☐ Yes ☑ No |
|---|---|

13. Is the waste RCRA hazardous waste containing benzene and originating at a Petroleum Refinery (SIC 2911), Chemical Manufacturing Plant (SIC 2800 thru 2899) or Coke by-Product Recovery Plant (SIC 3312)? (If "Yes" complete Benzene Waste Operations Supplement form)   ☐ Yes ☑ No

| 14. VO Conc.(§264.1083) ☑ <500 ppmw ☐ ≥500ppmw | 15. Has waste been treated after point of generation? ☐ Yes ☑ No |
|---|---|
| 16. CERCLA Regulated (Superfund) Waste ☐ Yes ☑ No | 17. Butadiene waste regulated by §63 Subpart XX ☐ Yes ☑ No |

18. Waste contains UHC constituent(s) (§268.48), above a treatment standard, other than those for which the waste exhibits a characteristic. (If "yes", list all UHC's in Section D)   ☐ Yes ☑ No

19. Waste exempt from definition of "solid waste" or "hazardous waste" (If "Yes", list reference 40CFR _____)   ☐ Yes ☑ No

| 20. State Waste Codes | 612 | | | | | |
|---|---|---|---|---|---|---|
| 21. RCRA Waste Codes | None | | | | | |
| | | | | | | |
| | | | | | | |

| 22. Source Code: G 19 | 23. Form Code: W 320 | 24. Management Code: H_____ |
|---|---|---|

*Revision date: 5/7/2013* Page 1

PLST001175

| D.   MATERIAL COMPOSITION | | | | |
|---|---|---|---|---|
| Values are:  ☐ TCLP   ☐ TOTALS | | | | Range total ≥ 100% |

| Constituent | Units | Typical | Min | Max |
|---|---|---|---|---|
| Lamp Ballasts | % | 95 | 90 | 99 |
| Vermiculite | % | 5 | 1 | 10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| E.   WASTE CHARACTERISTICS | | | | | |
|---|---|---|---|---|---|
| 1. | Oxidizer | ☐ Yes ☑ No | 9. | Reactive sulfides _____ ppm | ☐ Yes ☑ No |
| 2. | Explosive | ☐ Yes ☑ No | 10. | Reactive cyanides_____ ppm | ☐ Yes ☑ No |
| 3. | Organic peroxide | ☐ Yes ☑ No | 11. | Water/air reactive | ☐ Yes ☑ No |
| 4. | Shock sensitive | ☐ Yes ☑ No | 12. | Thermally unstable | ☐ Yes ☑ No |
| 5. | Tires | ☐ Yes ☑ No | 13. | TSCA regulated PCB waste *(control sheet required with shipment)* | ☑ Yes ☐ No |
| 6. | Pyrophoric | ☐ Yes ☑ No | 14. | Medical/Infectious waste | ☐ Yes ☑ No |
| 7. | Compressed gas | ☐ Yes ☑ No | 15. | Radioactive *(if yes, complete Profile Addendum for Radioactive Waste)* | ☐ Yes ☑ No |
| 8. | Halogenated organics | ☐ Yes ☑ No | | | |

16.  Possibility of incidental liquids from transportation?   ☐ Yes   ☑ No

17.  Is waste a solid using the paint filter test?   ☑ Yes (solid)   ☐ No (not solid)

18.  pH   Range _____ to _____   Typical _____   ☐ ≤ 2   ☑ 2 < 12.5   ☐ ≥ 12.5

19.  Flash Point   N/A   º F   ☐ < 140 º F

| F.   GENERATOR'S CERTIFICATION | |
|---|---|

☑ Yes   ☐ No   I certify this material may be disposed without further treatment.

I authorize US Ecology to correct inconsistencies on the waste profile form that impact waste management decisions with my oral or written authorization.
US Ecology will require re-submittal of the waste profile information if substantial changes are determined necessary. I understand material that does not
conform to specifications described in this profile may be rejected by US Ecology unless other contractual arrangements have been agreed to by both parties.
I certify, under penalty of law, that I am familiar with this waste stream through analysis and/or process knowledge, and that all information provided is true,
accurate, representative and complete, that all known or suspected hazards have been disclosed, and that this form was completed in accordance with the
instructions provided.

| Print Name   J. Benjamin McGrew | Signature | Title   Receiver for Superior Court | Date   8/26/13 |
|---|---|---|---|

PLST001176

PLST001177

**J Benjamin McGrew**

| | |
|---|---|
| **From:** | Terry Winsor <TWinsor@mathesoninc.com> |
| **Sent:** | Monday, August 26, 2013 5:54 PM |
| **To:** | Hilliary Rolls; J Benjamin McGrew |
| **Cc:** | Chris Kwoka |
| **Subject:** | 4719 Orangewood Court, Pleasanton, CA - progress report |

On Thursday, August 22 , 2013, I and Scott Tucker met with Isaac Mendel of the Livermore-Pleasanton Fire Department to discuss the status of content and chemical removal at 4719 Orangewood Court; Mr. Walter Wickboldt from the City of Pleasanton was also there to observe progress. Mr. Mendel was particularly interested in chemicals and household hazardous wastes that had been sorted, over-packed, and inventoried thus far at 4719 Orangewood Court, Pleasanton, CA. Mr. Mendel was pleased with the progress and the way in which the wastes had been consolidated and inventoried. He asked that before DECON ships off any of the containers that he be provided a copy of the complete inventory. Scott Tucker has been working diligently last week and this to complete that inventory and the associated profiles, so that the containers and the contents can be transported and disposed of appropriately. I also discussed with Mr. Mendel a scope for the soil removal. Staining is limited to the concrete next to the garage, to a limited area adjacent the fence south of the house where the equipment had been stacked, and the tool shed on the north side of the house. Consequently, Mr. Mendel suggested that we consider limited excavation of the stained soils and collection of samples from a grid covering the other areas of the yard where staining is not observed. With the completion of the inventory, I will prepare a sampling and analysis plan to be submitted to Mr. Mendel for review and approval before beginning any excavation.

To summarize current status, DECON has completed content removal. Ten bins of general waste were removed and disposed through Pleasanton Garbage Service. Scrap metals were recycled, and usable furniture and other items were donated to local charities. Fuels, waste oils, lubricants, battery acids, and household chemicals have been containerized, over-packed, and inventoried. The inventories are being used to profile the containers and contained wastes for transport and disposal. A sampling and analysis plan will be prepared for the collection and analysis of soil samples to direct the excavation of soils from the yard according to chemicals and wastes identified on the inventory.

The following is a summary of costs and a variances to date on the project:

| Task | Unit Rate | Proposed Quantity | Proposed Subtotal | Actual Quantity | Actual Subtotal | Variance |
|---|---|---|---|---|---|---|
| Content Removal | $2,272/day | 8 | $18,176 | 19 | $43,168 | ($24,992) |
| Bin disposal | $1,050/bin | 5 | $5,250 | 10 | $10,500 | ($5,250) |
| Chemical Removal | $1,960/day | 10 | $19,600 | 19 | $37,240 | ($17,640) |
| Containers | | | $6,280 | | $1,150 | [in progress] |
| T&D | | | $23,761.60 | | | [in progress] |
| Sampling &Analysis | | | $40,460 | | | |
| Final Report | | | $6,280 | | | |
| Project Management | | | | | $3,840 | ($3,840) |
| Project Total | | | $119,767.60 | | $95,898 | $23,869.60 |

The contract value is $150K, so there remains $54,102 to complete the transportation and disposal (T&D), sampling and analysis, excavation, and report. The effort to remove the debris and wastes (10 bins vs the planned 5) and separate the chemicals (an inventory that is more than 14 pages on Excel) was greater than originally planned. There were containers

1

PLST001178

buried among layers of electric motors, welders, and other machinery parts. The scope for sampling and analysis and excavation is likely to be less than originally proposed because the chemicals were largely fuels, oils, lubricants, and household chemicals, limiting the list of analytes for sample analysis, and the scope of excavation is also likely to be less than originally anticipated.

DECON is in the process of preparing an invoice for August now that content removal and the sorting of chemicals is complete. Also as mentioned DECON is profiling the chemical wastes for disposal and preparing the sampling and analysis plan for review by Livermore-Pleasanton Fire Department.

Of note is that the two vehicles and a speed boat remain on the property pending direction to dispose of them.

Should you have any questions, please call me at your convenience.

*Terry R. Winsor, PG, QSD/QSP*
Senior Project Manager
DECON Environmental Services, Inc.
23490 Connecticut Street
Hayward, CA 94545
Tel: (510) 732-6444
Cell: (925) 285-9143
Email: TWinsor@mathesoninc.com

THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS CONFIDENTIAL, intended for the sole use of the addressee(s), and may contain information that is privileged and exempt from disclosure under applicable law. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, please note that any dissemination, distribution, copying or the taking of any action in reliance upon the message is strictly prohibited. If you have received this communication in error, please destroy and notify the sender immediately.

PLST001179

PLST001180

## J Benjamin McGrew

| | |
|---|---|
| **From:** | Scott Tucker <STucker@mathesoninc.com> |
| **Sent:** | Monday, September 09, 2013 2:44 PM |
| **To:** | Hilliary Rolls; J Benjamin McGrew |
| **Cc:** | Terry Winsor |
| **Subject:** | Manifest copies from 9/6/13 |
| **Attachments:** | Spitzer Manifests 090613.pdf |

Hilliary & Ben

Attached are scanned copies of the manifests and bill of lading from Friday's pick up.

There are generator requirements here as well:

- Within 30 days, send a copy of each hazardous waste manifest to DTSC. <u>We will do this for you.</u>
- Keep on file for three years a copy of each hazardous waste manifest. <u>You have legible copies in the attachment and we will mail the original generator copies to you.</u> Since the original copies are the bottom of a 6-part form, they are never as legible as the top page, so maintain both.
- Receive from the designated facilities a copy with block 20 signed within 45 days. <u>If you have not received these copies by 10/11/13, contact us and we will work with the facilities.</u> These should be kept with the originals.

These state and federal requirements are just for shipping hazardous waste on manifests, so the waste can be tracked from cradle to grave. The universal wastes (batteries, lamps) were shipped on a bill of lading. There are no particular requirements, but maintain a copy along with the manifests to show they were sent to a universal waste recycler.

Thanks,
Scott Tucker
Field Chemist
Matheson Environmental Services
Office: 510-732-6444
Cell: 408-242-3622
Fax: 510-782-8584

THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS CONFIDENTIAL, intended for the sole use of the addressee(s), and may contain information that is privileged and exempt from disclosure under applicable law. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, please note that any dissemination, distribution, copying or the taking of any action in reliance upon the message is strictly prohibited. If you have received this communication in error, please destroy and notify the sender immediately.

PLST001181

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)
Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number<br>C A C 0 0 2 7 4 0 9 9 8 | 2. Page 1 of<br>1 | 3. Emergency Response Phone<br>(800) 925-4994 | 4. Manifest Tracking Number<br>009234090   JJK |
|---|---|---|---|---|

5. Generator's Name and Mailing Address
THOMAS SPITZER
2741 GUNN RD.
CARMICHAEL, CA 95608
Generator's Phone: 916825100

Generator's Site Address (if different than mailing address)
THOMAS SPITZER
4719 ORANGEWOOD CT.
PLEASANTON, CA 94588
(916) 482-5100

| 6. Transporter 1 Company Name<br>MATHESON ENVIRONMENTAL SERVICES, INC.   (510) 732-6444 | U.S. EPA ID Number<br>C A R 0 0 0 2 2 6 8 9 4 |
|---|---|
| 7. Transporter 2 Company Name | U.S. EPA ID Number |

| 8. Designated Facility Name and Site Address<br>U.S. ECOLOGY, INC.<br>HIGHWAY 95, 12 MILES SOUTH OF BEATTY<br>BEATTY, NV 89003<br>Facility's Phone:  (775) 553-2203 | U.S. EPA ID Number<br>N V T 3 3 0 0 1 0 0 0 0 |
|---|---|

| 9a.<br>HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers | | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| X | 1. UN3432 POLYCHLORINATED BIPHENYLS, SOLID (LAMP BALLASTS), 9, PG II, ERG #: 171 | 001 | DF | 56 | K | 612 |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information
1: PIN: 070207807-0 ERG#: 171  1x14DF   WEAR APPROPRIATE PPE WHEN HANDLING.
Drum#: SPI-OP20-18     Out of Service 8/20/13

PO#: JIS#1076
WO#: WO649
Ref#: R52

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name<br>Scott Tucker, on behalf of | Signature<br>Scott Tucker | Month 09 | Day 06 | Year 13 |
|---|---|---|---|---|

16. International Shipments  ☐ Import to U.S.   ☐ Export from U.S.      Port of entry/exit: _____
Transporter signature (for exports only): _____      Date leaving U.S.: _____

| 17. Transporter Acknowledgment of Receipt of Materials | | | | |
|---|---|---|---|---|
| Transporter 1 Printed/Typed Name<br>Mike Collier | Signature | Month 09 | Day 06 | Year 13 |
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

18a. Discrepancy Indication Space   ☐ Quantity   ☐ Type   ☐ Residue   ☐ Partial Rejection   ☐ Full Rejection

Manifest Reference Number:

| 18b. Alternate Facility (or Generator) | U.S. EPA ID Number |
|---|---|
| Facility's Phone: | |

| 18c. Signature of Alternate Facility (or Generator) | Month | Day | Year |
|---|---|---|---|

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
| 1. | 2. | 3. | 4. |
|---|---|---|---|

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a.
| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.

DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)                                    Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number CAC002740998 | 2. Page 1 of 2 | 3. Emergency Response Phone (800) 925-4994 | 4. Manifest Tracking Number 009234091 JJK |
|---|---|---|---|---|

5. Generator's Name and Mailing Address
THOMAS SPITZER
2741 GUNN RD.
CARMICHAEL, CA 95608
Generator's Phone:   9168258400

Generator's Site Address (if different than mailing address)
THOMAS SPITZER
4719 ORANGEWOOD CT.
PLEASANTON, CA 94588
(946) 482-5100

| 6. Transporter 1 Company Name MATHESON ENVIRONMENTAL SERVICES, INC. | (510) 732-6444 | U.S. EPA ID Number CAR000226894 |
|---|---|---|

| 7. Transporter 2 Company Name | | U.S. EPA ID Number |
|---|---|---|

8. Designated Facility Name and Site Address
CROSBY & OVERTON
1610 WEST 17TH STREET
LONG BEACH, CA 90813
Facility's Phone:   (800) 927-6729

U.S. EPA ID Number
CAD028409019

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1. UN1950 AEROSOLS, FLAMMABLE, N.O.S. (EACH NOT EXCEEDING 1L CAPACITY)), 2.1, ERG #:126 | 003 | DM | 450 | P | 612    HHW |
| X | 2. UN1993 FLAMMABLE LIQUIDS, N.O.S., (GASOLINE, METHANOL), 3,PG II, ERG #:128 | 002 | DM | 70 | G | 612    HHW |
| | 3. NON-RCRA HAZARDOUS WASTE, LIQUID (ETHYLENE, GLYCOL, WATER), | 001 | DM | 30 | G | 133    612 |
| | 4. NON-RCRA HAZARDOUS WASTE, LIQUID (OIL, WATER), | 006 | DM | 250 | G | 612 |

14. Special Handling Instructions and Additional Information
1: PN#: 94545 ERG#: 126  3x55 DM      WEAR APPROPRIATE PPE WHEN HANDLING.           PO#: JIS#1076
2: PN#: 94549 ERG#: 128 1x55 DM, 1x30 DM                                            WO#: WO649
3: PN#: 94546  1x55 DM                                                              Ref#: 653
4: PN#: 94547  6 x 55 DM

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name Scott Tucker, on behalf of | Signature Scott Tucker | Month 09 | Day 06 | Year 13 |
|---|---|---|---|---|

INTL. TRANSPORTER

16. International Shipments  ☐ Import to U.S.   ☐ Export from U.S.        Port of entry/exit: _____
Transporter signature (for exports only): _____                        Date leaving U.S.: _____

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name MIKE COLLIER | Signature | Month 09 | Day 06 | Year 13 |
|---|---|---|---|---|
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

18a. Discrepancy Indication Space  ☐ Quantity   ☐ Type   ☐ Residue   ☐ Partial Rejection   ☐ Full Rejection

Manifest Reference Number:

| 18b. Alternate Facility (or Generator) | | U.S. EPA ID Number |
|---|---|---|

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | | Month | Day | Year |
|---|---|---|---|---|

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

| 1. | 2. | 3. | 4. |
|---|---|---|---|

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 3-05)  Previous editions are obsolete.

DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST (Continuation Sheet) | 21. Generator ID Number C A C 0 0 2 7 4 0 9 9 8   2 of 2 | 22. Page | 23. Manifest Tracking Number 009234091JJK |
|---|---|---|---|

24. Generator's Name

**THOMAS SPITZER**

25. Transporter _____ Company Name — U.S. EPA ID Number

26. Transporter _____ Company Name — U.S. EPA ID Number

| 27a. HM | 27b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any) | 28. Containers No. | Type | 29. Total Quantity | 30. Unit Wt./Vol. | 31. Waste Codes |
|---|---|---|---|---|---|---|
| | 5: NON-RCRA HAZARDOUS WASTE, LIQUID (HAND CLEANER), | 001 | DM | 400 | P | 612 |
| | 6: NON-RCRA HAZARDOUS WASTE, SOLID (OILY DEBRIS), | 001 | DM | 75 | P | 612 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

32. Special Handling Instructions and Additional Information

5: PN#: 94557  1 x 85 D m
6: PN#: 94544  1 x 55 D m

JIS#1076
WO#649

| 33. Transporter _____ Acknowledgment of Receipt of Materials | | | |
|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

| 34. Transporter _____ Acknowledgment of Receipt of Materials | | | |
|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

35. Discrepancy

36. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

EPA Form 8700-22A (Rev. 3-05) Previous editions are obsolete.

DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number CAC002740998 | 2. Page 1 of 2 | 3. Emergency Response Phone (800) 925-4994 | 4. Manifest Tracking Number 009234093 JJK |
|---|---|---|---|---|

5. Generator's Name and Mailing Address
THOMAS SPITZER
2741 GUNN RD.
CARMICHAEL, CA 85608
Generator's Phone:   916825100

Generator's Site Address (if different than mailing address)
THOMAS SPITZER
4719 ORANGEWOOD CT.
PLEASANTON, CA 94588
(916) 482-5100

| 6. Transporter 1 Company Name MATHESON ENVIRONMENTAL SERVICES, INC. | (510) 732-6444 | U.S. EPA ID Number CARD00226894 |
|---|---|---|

| 7. Transporter 2 Company Name | | U.S. EPA ID Number |
|---|---|---|

8. Designated Facility Name and Site Address
CROSBY & OVERTON
1610 WEST 17TH STREET
LONG BEACH, CA 90813
Facility's Phone:   (800) 827-6728

U.S. EPA ID Number
CAD028409019

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1. UN1993 WASTE FLAMMABLE LIQUIDS, N.O.S., II (Paint, Thinners) ERG #: 128 | 003 | CF | 2600 | P | 612 |
| X | 2. UN1479 WASTE OXIDIZING SOLID, N.O.S. 5.1 II (Pool Bleach, Stronium Nitrate) ERG #: 140 | 001 | DF | 90 | P | 612 |
| X | 3. UN2810 WASTE TOXIC LIQUIDS, ORGANIC, N.O.S., 6.1, II (Household Pesticides, Herbicides) ERG #: 153 | 001 | DF | 15 | P | 612 |
| X | 4. UN2811 WASTE TOXIC SOLIDS, ORGANIC, N.O.S., 6.1, III (Household Pesticides, Herbicides) ERG # 154 | 001 | DF | 10 | P | 612 |

14. Special Handling Instructions and Additional Information
1: PN#: LP56781-SPI- _01_ , 02, 03  2xTriwalls WEAR APPROPRIATE PPE WHEN HANDLING.
2: PN#: LP56781-SPI- _04_  1x50DF
3: PN#: LP56781-SPI- _05_  1x50DF
4: PN#: LP56781-SPI- _06_  1x5DF

PO#: JIS#1076
WO#: WO649
Ref#: 654

16. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name Scott Tucker, on behalf of | Signature Scott Tucker | Month 09 | Day 06 | Year 13 |
|---|---|---|---|---|

| 18. International Shipments | ☐ Import to U.S. | ☐ Export from U.S. | Port of entry/exit: |
|---|---|---|---|
| Transporter signature (for exports only): | | | Date leaving U.S.: |

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name MIKE Collier | Signature | Month 09 | Day 06 | Year 13 |
|---|---|---|---|---|
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |

18. Discrepancy

| 18a. Discrepancy Indication Space | ☐ Quantity | ☐ Type | ☐ Residue | ☐ Partial Rejection | ☐ Full Rejection |
|---|---|---|---|---|---|

Manifest Reference Number:

| 18b. Alternate Facility (or Generator) | U.S. EPA ID Number |
|---|---|

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | Month | Day | Year |
|---|---|---|---|

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
1.                    2.                    3.                    4.

| 20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.

DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

PLST001185

PLST001186

| | |
|---|---|
| **From:** | George Thomas |
| **Sent:** | Monday, September 09, 2013 2:18 PM |
| **To:** | JBMcGrew@managewest.com |
| **Cc:** | Walter Wickboldt; Trisha Aljoe; Frank Rainone; Brad Arseneau |
| **Subject:** | RE: 4719 Orangewood, Pleasanton, CA |
| **Importance:** | High |

Hello Ben,
To date, I have not heard back from you in regard to my prior e-mail message (see below) and voice mail messages regarding my request to inspect the home at 4719 Orangewood Court, in Pleasanton. Also, the last time I attempted to call, your voice mail box was full. Therefore, please contact me as soon as possible in order for us to schedule the required site visit of the residence. This inspection is necessary in order to determine what building permits are required to ultimately restore the property to a habitable residence. Please feel free to contact me by e-mail or voicemail with available times where you could accompany me on the inspection.
Thank you in advance for your immediate attention to this matter, George

George Thomas, P.E., C.B.O.
Chief Building and Safety Official
City of Pleasanton, CA

925-931-5303 (ofc.)
925-437-4022 (cell)

**From:** George Thomas
**Sent:** Thursday, August 22, 2013 10:07 AM
**To:** 'JBMcGrew@managewest.com'
**Cc:** Walter Wickboldt
**Subject:** 4719 Orangewood, Pleasanton, CA

Good Morning Ben,
I understand from Walter that most of the debris and contents of the home, located at 4719 Orangewood here in Pleasanton, have been removed and that the abatement of the hazardous chemicals is almost complete. Therefore, I would like to arrange a time that we could perform a preliminary inspection of the home in order to determine the scope of the building permit that would be required in order to restore the home to a habitable condition. Please provide some dates and times over the next two or three weeks that might work in your schedule for the inspection. Typically, I have some time available on Monday through Friday, from 9:30 am to 11:00 am and 2:00 pm to 4:00 pm which would be ideal to perform the inspection.
Thank you, George

George Thomas, P.E., C.B.O.
Chief Building and Safety Official
City of Pleasanton, CA

925-931-5303 (ofc.)

PLST001187

*Hilliary Rolls,* Property Manager for Receiver

Lic. #01204395

MANAGEWEST, INC.

2741 Gunn Road

Carmichael, CA  95608

(916) 482-5100 ext. 14

(916) 482-6100 fax

(916) 834-5605 cell

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** BizHubC352@managewest.com [mailto:BizHubC352@managewest.com]
**Sent:** Wednesday, October 08, 2014 5:32 PM
**To:** Hilliary Rolls
**Subject:** Message from KMBT_C352

Click here to report this email as spam.

PLST001188

PLST001189

**Trisha Aljoe**

| | |
|---|---|
| **From:** | George Thomas <GThomas@cityofpleasantonca.gov> |
| **Sent:** | Tuesday, September 10, 2013 2:40 PM |
| **To:** | Trisha Aljoe |
| **Cc:** | Walter Wickboldt; Frank Rainone; Brad Arseneau |
| **Subject:** | FW: 4719 Orangewood, Pleasanton, CA |
| | |
| **Importance:** | High |

Hello Trisha,

Thank you, George

**From:** George Thomas
**Sent:** Monday, September 09, 2013 2:26 PM
**To:** 'J Benjamin McGrew'
**Cc:** Walter Wickboldt; Frank Rainone; Brad Arseneau
**Subject:** RE: 4719 Orangewood, Pleasanton, CA
**Importance:** High

Hello Ben,
As discussed by telephone, I will plan to meet you at the residence, 4719 Orangewood, this Wednesday, September 11, 2013, at 2:30 pm. Please let me know if your schedule changes. Per this e-mail, I will also be inviting Walter, Frank and Brad to join us if they are available.
Thank you, George

**From:** J Benjamin McGrew [mailto:JBMcGrew@managewest.com]
**Sent:** Monday, September 09, 2013 2:18 PM
**To:** George Thomas
**Subject:** Out of Office: 4719 Orangewood, Pleasanton, CA

Please note: If you or anyone in your organization send me an email that has not been responded to anytime after August 1, 2013 please resend--we have experienced soe email IT issues. If more urgent call/text me at 916-804-3900. Sorr y of any inconvience.

Click here to report this email as spam.

PLST001190

PLST001191

## J Benjamin McGrew

| | |
|---|---|
| **From:** | Vickie Carano <Vickie@VickieCarano.com> |
| **Sent:** | Wednesday, September 11, 2013 1:10 PM |
| **To:** | J Benjamin McGrew |
| **Subject:** | 4719 Orangewood Ct. - Update |
| **Attachments:** | 4719 Orangewood Ct - Prelim 08 2013.pdf; 4383 Bristolwood Rd - COMP SOLD 08.16.13.pdf; 7988 Applewood Ct - PENDING COMP 09.2013.pdf |

Ben,

I just spoke to Karen Zook at Pacific Coast Title and she was able to get the release from Highland Oaks HOA which is listed on the prelim no. 10. So she can clear this item now. She is still in need of a copy of the reconveyance or a contact name/number for the deed from Mr. Spitzer for item no. 9 on the prelim.

Hope all is well with you. Please let me know if I can do anything to assist you at this time.
Thanks,
Vickie

**Vickie Carano, Realtor**
Keller Williams Realty
100 Pringle Ave., Ste. 100
Walnut Creek, CA  94596

Cell: 925.389.1328
Office: 925.934.2900
Fax: 925.954.3204

Email: Vickie@VickieCarano.com
www.VickieCarano.com
BRE No: 01787625

---

**From:** Vickie Carano [mailto:Vickie@VickieCarano.com]
**Sent:** Tuesday, September 03, 2013 10:31 AM
**To:** J Benjamin McGrew
**Subject:** 4719 Orangewood Ct. - Update

Hi Ben,

I hope you enjoyed a nice long weekend.

I just wanted to check in with you to be sure that you received the prelim that I sent a couple of weeks ago. I have also attached a copy to this email, fyi. Please note that item 9 on Prelim shows a deed of trust that was recorded on March 6, 1967. It is likely that this was paid but never reconveyed. We will need to see if Mr. Spitzer has a reconveyance. Item no. 10 on Prelim show a delinquent assessment to the HOA. I will ask my escrow officer to check with the HOA to see if this item was settled or still due.

I also want to give you some recent market activity for the neighborhood:
        4383 Bristolwood Rd – SOLD for $750,000 on 8/16/13 (model match)
        7988 Applewood Ct – PENDING at $869,000 (added sq.footage now 2,243 and total remodel)

1

Please let me know what I can do at this time to assist you here locally.
Thanks,
Vickie


**Vickie Carano, Realtor**
Keller Williams Realty
100 Pringle Ave., Ste. 100
Walnut Creek, CA 94596

Cell: 925.389.1328
Office: 925.934.2900
Fax: 925.954.3204

Email: Vickie@VickieCarano.com
www.VickieCarano.com
BRE No: 01787625

2

PLST001193

PLST001194

## Hilliary Rolls

| | |
|---|---|
| **From:** | Terry Winsor <TWinsor@mathesoninc.com> |
| **Sent:** | Wednesday, September 11, 2013 3:15 PM |
| **To:** | imendel@lpfire.org |
| **Cc:** | J Benjamin McGrew; Hilliary Rolls |
| **Subject:** | Sampling and Analysis Plan for 4719 Orangewood Court, Pleasanton, CA |
| **Attachments:** | Sampling and Analysis Plan_4719_Orangewood_Ct_09_06_2013.pdf |

Mr. Mendel,

Attached is a sampling and analysis plan for the collection of soil samples at 4719 Orangewood Court, Pleasanton. Please forgive the hand-drawn grid on Figure 6, but it should capture the essence of our discussion about approach to the remaining work to restore the property. I look forward to your comments and additional guidance.

With the exception of the acetylene bottles, the containerized wastes were removed from the property last Friday. As discussed in the Sampling and Analysis Plan, copies of the manifests and bills of lading will be included with the final report.

I am available at your convenience with any questions.

*Terry R. Winsor, PG, QSD/QSP*
Senior Project Manager
DECON Environmental Services, Inc.
23490 Connecticut Street
Hayward, CA 94545
Tel: (510) 732-6444
Cell: (925) 285-9143
Email: TWinsor@mathesoninc.com

THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS CONFIDENTIAL, intended for the sole use of the addressee(s), and may contain information that is privileged and exempt from disclosure under applicable law. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, please note that any dissemination, distribution, copying or the taking of any action in reliance upon the message is strictly prohibited. If you have received this communication in error, please destroy and notify the sender immediately.

PLST001195


**DECON**
ENVIRONMENTAL SERVICES

September 6, 2013

Mr. Isaac Mendel
Livermore-Pleasanton Fire Department
Fire Department
3560 Nevada Street
Pleasanton, CA 94566

**Subject:     Sampling and Analysis Plan for Soil**
                     **4719 Orangewood Court, Pleasanton, CA**

Dear Mr. Mendel:

On behalf of Management West, Inc., receiver of the property at 4719 Orangewood
Court, Pleasanton, CA, DECON Environmental Services, Inc. (DECON) has prepared
the following sampling and analysis plan to address residual contamination that may
remain in soil, now that the contents of the house and property has been removed. The
sampling and analysis plan has been prepared to be consistent and responsive to written
communication from the Livermore-Pleasanton Fire Department (LPFD) in
November 2012 about oversight as the contents were removed and any hazardous
materials/wastes disposed of from the property at 4719 Orangewood Court and verbal
discussions with you at the property on August 22, 2013, when we met to assess work
complete at that time. The objective of this sampling and analysis plan is to define the
scope of effort to identify and remove residual contamination in the soil after the primary
mass of debris has been removed.

The sampling and analysis plan includes the following information, per your letter dated
November 12, 2012:

- A history of the property and summary of work completed to date

- A map and photos of the property that identify where hazardous materials/wastes
  were found and stains resulting from the release of stored materials/wastes

PLST001196

- A map of the property that identifies/proposes locations for the removal of soil and the collection of soil samples. Staining is limited to concrete immediately outside the garage, soils immediately south of the concrete along the fence where most of the motors, welding equipment, and drums were stored, and soils beneath a steel shed on the north side of the property. Consequently, it was discussed that a sensible approach is to excavate soil from an area around the stains and verify that no residuals remain after the stains are excavated by collecting and analyzing soil freshly exposed by the excavation and to collect soil samples from the remaining areas in a grid to ensure that hazardous materials/wastes were not released to other areas where stains were not observed.

- A description of sample collection and protocols for sample handling and chain of custody

- A description of laboratory analyses that will be requested according to hazardous materials/wastes inventoried during the removal.  The description will include identification of the certified laboratory to which the samples will be submitted for analysis.

### History/Background

On September 18, 2012 Superior Court issued an order granting a request from the City of Pleasanton to appoint a receiver to take control of the property at 4719 Orangewood Court and rehabilitate and sell it. The City of Pleasanton made their request after complaints from neighbors and after making repeated attempts to engage the former owner to encourage him to remove inoperable cars, debris, and refuse that had accumulated in front of the house and in the yard. The City of Pleasanton (the City ) initiated proceedings to have the property placed in receivership because of concerns about health and safety. The property is now under the control of the receiver, Benjamin McGrew, who has the right to "take all steps necessary to rehabilitate and bring the Subject Property into compliance."  On the property at 4710 Orangewood Court is a 1,600-square-foot, single-family house; the lot is approximately 0.37 acres (Figure 1, attached).

PLST001197

Mr. Isaac Mendel
Livermore-Pleasanton Fire Department

Page 3
September 6, 2013

DECON began removing debris and separating and inventorying hazardous wastes/materials on July 17, 2013. Work to remove debris/wastes and inventory hazardous wastes/materials continued through August 22, 2013, when the last 20-yard debris/waste bin was removed. DECON separated hazardous wastes/materials from the other debris, segregated the hazardous wastes/materials by type [flammable, non-RCRA solids, non-RCRA liquid, etc.], and then inventoried and lab-packed them for transportation and disposal. The lab-packs and drums are stored temporarily on the property to be transported and disposed of pending approval of profiles by the disposal facilities. Debris and general refuse were separated, placed in 20-cubic-yard bins, and disposed of by Pleasanton Garbage Service. Metals, primarily ferrous, were recycled at Sims Metal Management in Hayward, CA. Materials, including furniture and useable kitchen utensils, were donated to local charities. Useable rubber tires were given to a local tire dealer, and used tires that could not be used or re-sold were disposed of at Recycling and Resource Recovery Center in Pleasanton, CA. The inventory of the materials and wastes separated and lab-packed for transportation and disposal includes the following:

| Material/Waste | Container |
|---|---|
| Waste oil | Five (5) 55-gallon steel drums |
| Oily debris (items removed from waste oil) | One (1) 55-gallon steel drum |
| Flammable liquids (gasoline and methanol) | Two (2) 55-gallon steel drums |
| Antifreeze (primarily ethylene glycol and water) | One (1) 55-gallon steel drum |
| Aerosol cans (paints, etc.) | Three (3) 55-gallon steel drums |
| Flammable liquids (paint, etc.) | Three (3) Tri-walls |
| Non-RCRA liquids (household cleaners, etc.) | One (1) Tri-wall |
| Non-RCRA solids (grease and lubricants) | One (1) Tri-wall |
| Caustic liquids | One (1) 14-gallon plastic can |
| Caustic solids (NaOH, industrial detergents) | One (1) 55-gallon steel drum |
| Liquid bleach (pool chlorine) | One (1) 30-gallon poly drum |
| Acidic liquids (wheel/metal polish) | One (1) 55-gallon steel drum, one (1) |

|  | 14-gallon poly drum |
|---|---|
| Acidic solids (automotive and household cleaners) | One (1) 5-gallon poly pail |
| Toxic liquids (household pesticides and herbicides) | One (1) 5-gallon poly pail |
| Acidic/toxic liquids | One (1) 5-gallon poly pail |
| Mercury (small bottle, thermometers) | One (1) 5-gallon poly pail |
| Oxidizer solid (small bottle from hobby chemistry set) | One (1) 5-gallon poly pail |
| Class 9 solid (lead solder, metals from chemistry set) | One (1) 5-gallon poly pail |
| Lead acid batteries | One (1) 14-gallon poly drum |
| Alkaline batteries | One (1) 5-gallon poly pail |
| NiCd batteries | One (1) 5-gallon poly pail |
| Hg battery | One (1) 5-gallon poly pail |
| PC boards | One (1) 2.5-gallon poly pail |
| CFLs/HIDs | One 91) 5-gallon poly pail |
| PCB light ballasts | One (1) 14-gallon poly drum |
| 8-foot fluorescent lamps | Two (2) boxes |
| Sharps | One3 (1) small, plastic box |
| Compressed gas cylinders | Two (2) free-standing acetylene, Two (2) small cylinders, and one (1) small oxygen |

The materials/wastes were removed from the garage (Photo 3a), inside the vehicles, an organized pile along the fence on the southern property line [between this property and 4741 Orangewood Court] (Photos 3b, 3c, and 3d), a loose pile of materials in the backyard (Photo 3e), a loose pile of materials beneath an oak tree on the northwest perimeter of the yard (Photos 3f and 3g), and a metal shed on the northern property line [at the fence between this property and 4718 Orangewood Court] (Photo 3h). The piles are identified on Figure 2, a plan map, according to the associated picture included in Figure 3, a photo log of the piles.

## Stains Resulting from Releases

The concrete immediately outside the garage was stained with oil (Photo 5a and 5b). A rusty stain extends off the concrete into the dirt where the organized pile had been (Photos 5c, 5d, and 5e). Staining beneath the other piles was limited to a small stain near

PLST001199

an oak tree in the backyard (Photos 5g and 5h). Most of the liquids, particularly waste oil and gasoline, were removed from the organized piles along the fence from a variety of containers, some of which can be seen in the photographs in Figure 3 (3b, 3c, and 3d). Figure 4 identifies the stains according to associated photograph that were observed after the materials/wastes had been separated and the debris removed. Figure 5 is a composite of photos taken of the stains identified on Figure 4.

## Proposed Excavation and Collection of Soil Samples

Stains were limited to the concrete immediately outside the garage and to small areas immediately adjoining the concrete and on the floor of the shed that was removed. DECON proposes to remove the stains by excavating the soil immediately around each stain down to approximately 6 inches below ground surface using a Bobcat and shovels; the bottom of the excavation will be inspected, and if stained, additional soil will be excavated until no staining is observed. The soil will be placed in a covered bin in which the soil will be temporarily stored pending characterization, profiling for disposal, and disposal. Soil samples will be collected from the bottom of each excavation to confirm that sufficient soil has been removed.

DECON will establish a 20-foot-by-20-foot grid over the entire backyard (Figure 6). A soil sample will be collected randomly from each grid cell by either driving a stainless steel tube into the soil or by filling a glass jar using a stainless steel trowel. Any equipment that may be used between samples, such as the stainless steel trowel, will be decontaminated by washing with a solution of water and Alconox, rinsing with tap water, and rinsing with deionized water. The rinse water will be discarded by wetting the soils in the covered bins to assist with controlling dust.

The samples will be labeled in the field, giving each a unique number according to the following protocol:

- 4719_9.15.13_1.1

PLST001200

- o   The first number is the address on Orangewood Court

- o   The second number is the date on which the sample will be collected.

- o   The third number identifies the grid cell from which the sample was collected (Figure 6).

The sample will be recorded on a chain-of-custody that will accompany the samples and provide instruction to the laboratory for analysis. The labeled samples will be placed in a cooler for transportation to the laboratory for chemical analysis; the cooler will be filled with ice to keep the temperature less than 4°C until delivered to the laboratory. DECON proposes submitting the samples to TestAmerica Laboratory in Pleasanton, CA; TestAmerica San Francisco is certified by the California State Environmental Laboratory Accreditation Program to analyze soil samples for organic compounds under certificate number 2496.

## Proposed Analyses

A substantial amount of oil and gasoline was removed from equipment and containers in each of the three piles -- the organized pile along the fence, the loose pile in the backyard, and the loose pile between the oak tree and the shed on the north side of the property. No diesel fuel was found in any of the motors or containers. The household cleaners and chemicals were removed from the house and the garage. Consequently, DECON proposes to analyze each of the soil samples collected for the following analytes according to the method identified:

- •   Total Petroleum Hydrocarbons quantified as gasoline TPH-g) and benzene, toluene, ethylbenzene, and xylenes (BTEX) by modified EPA Method 8260B

- •   Total Petroleum Hydrocarbons quantified as waste oil (TPH-wo) by EPA Method 8015, using a silica gel cleanup

Should either TPH-g, TPH-wo, or BTEX be detected at concentrations greater than the method detection limit, the laboratory will be instructed to do additional analysis of the sample for volatile organic compounds by EPA Method 8260B and for semi-volatile organics by EPA Method 8270 to assess the nature of the occurrence and to provide data

PLST001201

essential to compare with screening levels used for the Leaking Underground Fuel Tank program.

Soil will be excavated from the cells in which the sample in which benzene, ethylbenzene, naphthalene, and PAHs are found at concentrations greater than listed in the following table (California State Water Resources Control Board *Leaking Underground Fuel Tank Guidance Manual*, September 2012):

| Chemical | Soil Screening Level for Residential (concentration in milligrams/kilogram (mg/kg)) |
|---|---|
| Benzene | 1.9 |
| Ethylbenzene | 21 |
| Naphthalene | 9.7 |
| PAHs (based on BaPe toxicity equivalent) | 0.063 |

Soil will be excavated belwo ground surface in 6- to 8-inch increments. Soil samples will be collected from the freshly exposed soil to confirm that sufficient soil has been removed and that the screening levels listed above have been achieved.

Top soil will be imported to replace the soil excavated. A 4-point composite soil sample will be collected from the import and analyzed for TPH-g, TPH-wo, and BTEX to ensure that no contamination was imported; the number of analyses will be a function of the volume/mass of soil imported, starting with one analysis per each 250 cubic yards.

## Final Report

Upon completion of all work, DECON will prepare a final report that will include a description of all work completed, maps of soil samples , a compilation of analytical results of samples collected and analyzed, copies of chains of custody and laboratory analytical reports, an inventory of hazardous materials/wastes removed and disposed of, copies of all waste manifests, bills of laden, waste profile reports, and land use restriction notification forms, and any other information required by LPFD.

PLST001202

Mr. Isaac Mendel
Livermore-Pleasanton Fire Department

Page 8
September 6, 2013

copies of all waste manifests, bills of laden, waste profile reports, and land use restriction notification forms, and any other information required by LPFD.

Please call me at your convenience at either (510) 732-6444, extension 323 or at (925) 285-9143 (cell) should you have any questions. DECON looks forward to working with LPFD to complete the work on this project and restoring the use of the property.

DECON Environmental Services, Inc.

Sincerely,

Terry R. Winsor, P.G.
Senior Project Manager
(California Professional Geologist #4719, expires February 28, 2015)

Attachments:  Figures 1 through 6

PLST001203



ORANGEWOOD COURT

N

SCALE: feet
0    15    30

DECON
ENVIRONMENTAL SERVICES

4719 Orangewood Court

| Pleasanton, California | SITE PLAN | |
|---|---|---|
| Project No. 6315 | Sept 2013 | Figure 1 |

SITE0713.DWG

PLST001204



ORANGEWOOD COURT

**DECON**
ENVIRONMENTAL SERVICES
A *Techtronic* COMPANY

4719 Orangewood Court

| Pleasanton, California | Location of photos of waste accumulations | |
|---|---|---|
| Project No. 6315 | Sept 2013 | Figure 2 |

N

0    15    30
SCALE: feet

SITE0713.DWG

PLST001205



Figure 3b. 4719 Orangewood Court – organized pile along fence between property and 4741 Orangewood Court

Figure 3d. 4719 Orangewood Court – organized pile along fence between property and 4741 Orangewood Court



Figure 3a. 4719 Orangewood Court – garage after bulk of debris had been removed to reveal speed boat



Figure 3c. 4719 Orangewood Court – organized pile along fence between property and 4741 Orangewood Court

Figure 3 – photographs from 4719 Orangewood Court, Pleasanton

PLST001206



Figure 3f. 4719 Orangewood Court – loose pile beneath Oak tree



Figure 3h. 4719 Orangewood Court – photo from inside shed between property and 4718 Orangewood Court



Figure 3e. 4719 Orangewood Court - remnants of loose pile of tools and equipment in yard.



Figure 3g. 4719 Orangewood Court – pile between oak tree and shed

Figure 3 – photographs from 4719 Orangewood Court, Pleasanton

PLST001207



ORANGEWOOD COURT

N

SCALE: feet
0    15    30

**DECON**
ENVIRONMENTAL SERVICES
A _____ COMPANY

4719 Orangewood Court

| Pleasanton, California | Locations of photos of stains | |
|---|---|---|
| Project No. 6315 | Sept 2013 | Figure 4 |

SITE0713.DWG



Figure 5b. 4719 Orangewood Court – stain on concrete immediately outside of garage



Figure 5d. 4719 Orangewood Court – stain in soil immediately off of concrete outside of garage



Figure 5a. 4719 Orangewood Court – stain on concrete immediately adjoining garage

Figure 5c. 4719 Orangewood Court – stain in soil immediately off of concrete outside of garage (beneath organized pile of equipment)

Figure 5 – photographs of stains in soil at 4719 Orangewood Court, Pleasanton

PLST001209



Figure 5e. 4719 Orangewood Court – stain adjacent concrete near garage and concrete – soil beneath 5d after cleanup

Figure 5f. 4719 Orangewood Court – stain adjacent house, immediately outside of garage

Figure 5g. 4719 Orangewood Court – stain in soil near garage

Figure 5h. 4719 Orangewood Court – close up of stain in 5g near garage

Figure 5 – photographs of stains in soil at 4719 Orangewood Court, Pleasanton



SITE0713.DWG

SCALE: feet
0    15    30

N

DECON
ENVIRONMENTAL SERVICES

4719 Orangewood Court

| Pleasanton, California | Grid for collection of soil samples | |
| --- | --- | --- |
| Project No. 6315 | Sept 2013 | Figure 6 |

PLST001211

PLST001212

## Hilliary Rolls

| | |
|---|---|
| **From:** | Terry Winsor <TWinsor@mathesoninc.com> |
| **Sent:** | Friday, September 20, 2013 12:43 PM |
| **To:** | Mendel, Isaac |
| **Cc:** | J Benjamin McGrew; Hilliary Rolls |
| **Subject:** | RE: Sampling and Analysis Plan for 4719 Orangewood Court, Pleasanton, CA |

Except for the cylinders of acetylene that will be removed in early October, all the materials were removed two weeks ago. I can forward to you copies of the manifests, signed by the generator now, but if the copies from the designated disposal are the important ones, we have to wait until they are sent to Management West. We have instructed Management West to look for those returned copies, and should they not receive them soon, we can call for them to complete the circle.

We will await your direction on the soil sampling.

*Terry R. Winsor, PG, QSD/QSP*
Senior Project Manager
DECON Environmental Services, Inc.
23490 Connecticut Street
Hayward, CA 94545
Tel: (510) 732-6444
Cell: (925) 285-9143
Email: TWinsor@mathesoninc.com

**From:** Mendel, Isaac [mailto:IMendel@lpfire.org]
**Sent:** Friday, September 20, 2013 12:36 PM
**To:** Terry Winsor
**Cc:** JBMcGrew@managewest.com; Hilliary Rolls
**Subject:** RE: Sampling and Analysis Plan for 4719 Orangewood Court, Pleasanton, CA

Hi Mr. Winsor,

My apologies for the long delay in getting back to you.

At this time, the soil sampling and analysis portion of this project is on hold. However, this does not mean soil sampling and analysis will not be required.

Please, let me know when all of the hazardous waste has been removed from the site. Please, provide the designated facility signed copies of all hazardous waste manifests for this site when they are available.

Regards,
Isaac Mendel
Hazardous Materials Inspector
Livermore-Pleasanton Fire Department
3560 Nevada St.
Pleasanton, CA 94566
Office: (925) 454-2334

1

PLST001213

Fax: (925) 454-2367

**From:** Terry Winsor [mailto:TWinsor@mathesoninc.com]
**Sent:** Wednesday, September 11, 2013 3:15 PM
**To:** Mendel, Isaac
**Cc:** JBMcGrew@managewest.com; Hilliary Rolis
**Subject:** Sampling and Analysis Plan for 4719 Orangewood Court, Pleasanton, CA

Mr. Mendel,
Attached is a sampling and analysis plan for the collection of soil samples at 4719 Orangewood Court,
Pleasanton. Please forgive the hand-drawn grid on Figure 6, but it should capture the essence of our discussion about
approach to the remaining work to restore the property. I look forward to your comments and additional guidance.

With the exception of the acetylene bottles, the containerized wastes were removed from the property last Friday. As
discussed in the Sampling and Analysis Plan, copies of the manifests and bills of lading will be included with the final
report.

I am available at your convenience with any questions.

*Terry R. Winsor, PG, QSD/QSP*
Senior Project Manager
DECON Environmental Services, Inc.
23490 Connecticut Street
Hayward, CA 94545
Tel: (510) 732-6444
Cell: (925) 285-9143
Email: TWinsor@mathesoninc.com

THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS CONFIDENTIAL, intended for the sole use of the addressee(s), and may
contain information that is privileged and exempt from disclosure under applicable law. If you are neither the intended recipient nor responsible for delivering the
message to the intended recipient, please note that any dissemination, distribution, copying or the taking of any action in reliance upon the message is strictly
prohibited. If you have received this communication in error, please destroy and notify the sender immediately.

Click here to report this email as spam.

PLST001214

PLST001215

 

**From:** Trisha Aljoe [mailto:taljoe@richmondpd.net]
**Sent:** Friday, October 11, 2013 12:06 PM
**To:** J Benjamin McGrew
**Cc:** Hilliary Rolls; Renee Perko; George Thomas
**Subject:** Court on Oct 16th and 31st
**Importance:** High

Ben,

I've called your direct line, your cell phone and Hillary's phone but all go to voice mail and I get a recording that the mailboxes are full and not accepting any messages.

Are you going to show up in Court on either of the latest court dates? Since they are primarily about you, (and the one on the 31st is entirely about you), I would guess Judge Petrou will not be happy if you don't. I will have to tell her you do not communicate with me or anyone in the City Attorney's Office so I have no idea if you intend to ever appear.

I did file an opposition to the motions to disqualify government attorneys and to void the order appointing a receiver but I can't respond to all the allegations about you.

I did not file any papers on their latest motion which is to have the receiver appointment terminated and to keep you from getting paid and to have you pay them damages. Are you going to oppose their motion? Of course the City's position will be that if the Court decides your alleged misconduct warrants your removal, the appropriate remedy would not be to terminate, but to replace you with another receiver. Or, alternatively, not remove you , but provide you with further orders and directions.

I'd certainly like YOU to be able to response to the Court and to tell the Judge that you have finally obtained the required building (demo) permits to begin the rehab work, but that's not going to happen unless you actually show up in Court (Dept. 15 in Oakland) next week on the 16th.

I did have to laugh at Spitzer's declaration where he "testifies" that I have worked with you as a Receiver in the past and that you take "directions" or instructions from me. If he only knew the truth!

Anyway, please let me know if you plan to appear either on the 16th or the 31st. Also, can you please serve us, and the Spitzers' attorney, with your overdue monthly reports? As you can well imagine, It makes it that much harder to keep a receiver for this property if the receiver doesn't follow the basic minimums required by law. I'd prefer NOT to continue to provide the Spitzers and their attorney with additional fodder.

They make up most of what they say, but even a kernel of truth lends an aura of legitimacy to their never-ending pleadings.

Thanks.

Trisha Aljoe
Counsel for Petitioner,
City of Pleasanton

PLST001216

PLST001217

**Trisha Aljoe**

| | |
|---|---|
| **From:** | Trisha Aljoe <taljoe@richmondpd.net> |
| **Sent:** | Friday, October 11, 2013 3:58 PM |
| **To:** | J Benjamin McGrew; J Benjamin McGrew |
| **Cc:** | Hilliary Rolls; Renee Perko; trishaaljoe@comcast.net |
| **Subject:** | RE: Court on Oct 16th and 31st |

Ben,

Thank you very much for your response.  BTW, did the Spitzers' attorney serve you with their latest pleadings (reply to my opposition and other "stuff") and their CMC statement?  We just received them today.

If you didn't get them, please let me know I can forward the electronic copies to you right away.

Trisha

**From:** J Benjamin McGrew [mailto:JBMcGrew@managewest.com]
**Sent:** Friday, October 11, 2013 3:45 PM
**To:** Trisha Aljoe; J Benjamin McGrew
**Cc:** Hilliary Rolls; Renee Perko; George Thomas; Robert R. Mirkin (Rmirkin@wilkefleury.com)
**Subject:** RE: Court on Oct 16th and 31st

Thanks Trish---YES we are preparing a detailed response.

As we peeled the layers of 45 years accumulated hoarder rubbish out we exposed so much more immediately dangerous/hazardous materials and had to accelerate the removal as not to endanger (any more) the neighborhood.

Me nor the Haz removal team had come across anything of this magnitude before.

The response will be detailed and specific to their complaints.

Regards,
Ben


**J. Benjamin McGrew CPM CCIM**
**Trustee in Bankruptcy**
**Superior Court Receiver**
P.O. Box 0994
Carmichael, CA 95609-0994
W 916.482.5100 Ext 15
F  916.482.6100
C 916.804.3900


**IREM NATIONAL**
*Senior Vice President* 2012-2013

PLST001218

## Trisha Aljoe

| | |
|---|---|
| **From:** | J Benjamin McGrew <JBMcGrew@managewest.com> |
| **Sent:** | Wednesday, December 11, 2013 2:37 PM |
| **To:** | Deron Kartoon |
| **Cc:** | Hilliary Rolls; Craig Spitzer (aamobilitysf@gmail.com); trickwhitey@att.net; trishaaljoe@comcast.net; J Benjamin McGrew; Tom Jensen |
| **Subject:** | RE: City of Pleasanton v. Thomas A. Spitzer, et al / Case No. RG12642206 |

Deron- I have not received the "tracked" changes as requested below.

This document gets confusing as you put your changes/additions into my format.

Regards,

**J. Benjamin McGrew CPM CCIM**
**Trustee in Bankruptcy**
**Superior Court Receiver**
P.O. Box 0994
Carmichael, CA 95609-0994
W 916.482.5100 Ext 15
F 916.482.6100
C 916.804.3900

IREM NATIONAL
*Senior Vice President* 2012-2013



**From:** J Benjamin McGrew
**Sent:** Monday, December 09, 2013 4:44 PM
**To:** Deron Kartoon
**Cc:** Hilliary Rolls; Craig Spitzer (aamobilitysf@gmail.com); trickwhitey@att.net; trishaaljoe@comcast.net; J Benjamin McGrew; Tom Jensen
**Subject:** Re: City of Pleasanton v. Thomas A. Spitzer, et al / Case No. RG12642206

Deron - please forward your "tracked" changes for consideration.

Regards,
J.Benjamin McGrew, CPM CCIM
Sent from my iPhone

On Dec 9, 2013, at 2:52 PM, "Deron Kartoon" <deron.kartoon@gmail.com> wrote:

# Dear Mr. McGrew and Mrs. Aljoe:

1

PLST001219

We wish to submit Respondents' version of the Proposed
Modified Order, which we believe is more accurate and
better reflects  the Honorable Judge Petrou's
modifications.  If you have questions, please call.  If you
disagree with our proposed Order, then please submit
both proposals pursuant to the California Rules of Court.

Cordially,


Deron


On Mon, Dec 2, 2013 at 3:41 PM, Hilliary Rolls <hrolls@managewest.com> wrote:

Attached is the [Proposed] Modified Order for your review.   In addition to electronic service,
this document is being served upon you via U.S. Mail, Priority Service, on this date.


*Hilliary Rolls,* Property Manager for Receiver

Lic. #01204395


MANAGEWEST, INC.

2741 Gunn Road

Carmichael, CA  95608

(916) 482-5100 ext. 14

(916) 482-6100 fax

(916) 834-5605 cell


This message contains confidential information and is intended only for the individual named. If you are not the named addressee you
should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by
mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information
could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept

PLST001220

liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** BizHubC352@managewest.com [mailto:BizHubC352@managewest.com]
**Sent:** Monday, December 02, 2013 4:11 PM
**To:** Hilliary Rolls
**Subject:** Message from KMBT_C352

--
Deron A. Kartoon
Attorney-at-law

Law Offices of Deron A. Kartoon

Cell:  415.786.7737
Fax:  415.453.3485
Deron.Kartoon@gmail.com

*We excel at Locating Capital ... And finding alternative money and strategic resources*

**\*\*Please consider the environment when printing this email\*\***

<PROPOSED MODIFIED ORDER-OUR VERSION.doc>

I am using the Free version of SPAMfighter.
SPAMfighter has removed 4501 of my spam emails to date.

Do you have a slow PC? Try a free scan!

PLST001221

PLST001222

**Trisha Aljoe**

| From: | Trisha Aljoe |
|---|---|
| Sent: | Friday, January 03, 2014 10:37 PM |
| To: | 'JBMcGrew@receivertrustee.com'; 'J Benjamin McGrew' |
| Cc: | Hilliary Rolls; Renee Perko; trishaaljoe@comcast.net |
| Subject: | Review of DECON daily work sheets |
| Importance: | High |

Mr. McGrew:

As I'm working on drafting the City's opposition to Respondents' motion for reconsideration I went through some of DECON's daily work tickets and they make it VERY clear DECON took multiple loads to a recycling center and received money for recycled metal removed from the Spitzer property. The daily work sheets state that after they took scrap metal loads to Sims recycling in Hayward they DROPPED off the "recycling checks" they received to the Decon office! Just look at the tickets dated 7/23/13, 7/24/13 and 7/26/13. These are same work tickets you provided to the court and the parties with your August 2013 monthly report filed on October 2013.

Clearly, the receiver estate has generated income from the sale of the recycled metal, in spite of your representation to the court during the November 7th hearing to the contrary and with which you could have paid the property taxes. I can't address the issue since only you and DECON know what became of that income. Did DECON improperly keep it for themselves or did they turn it over to you? Or? Obviously the Court is now aware of this income generated by the estate since its existence is cited in support of Respondents' motion for reconsideration and the work tickets were attached as exhibits.

I am obligated to address the issue in the opposition pleading, not only because it is one of the "new" facts Respondents use in support of their motion for reconsideration, but because I am now aware of it. Although that information does not provide the necessary new fact for court to support a reconsideration of the motion discharge the receiver appointment, it is certainly relevant information that must be dealt with in court and resolved.

Can either you or Hillary please provide me with that information by Monday, January 6, so I can incorporate it into the pleadings? If the amount was woefully inadequate to pay the delinquent property taxes, or even a portion of them, that would be helpful to know when I address the issue, either in the pleadings or at the hearing.

I realize you have once again ceased responding to my phone calls or emails but this is an issue that cannot just be ignored without incurring the wrath of the Court, not to mention what may happen to recovery of your submitted fees, or your very appointment.

Of course what may prove to be even more damning is Kartoon's citing of the court's holding in 2008 finding that you admitted you failed to develop a formal plan of operation in that receiver case, and failed to create a budget for the estate, and failed to submit monthly operating reports (sound familiar?). That Court also denied part of your receiver fees because of your "failure to comply with the requirements of his appointing order." Again, painfully familiar.

Now that Judge Petrou (and the City) has been made aware of the income generated by the sale of truckloads of recyclable metal and your prior history in *McGrew v. Union Bank of California* containing at least two of same failures as in Pleasanton's receiver case, I don't expect a very happy judge on January 30th. I can't even begin to imagine what action she will take and can only hope she doesn't toss the baby out with the bathwater!!

Anyway, I look forward to learning how much the estate recovered and what happened to that money since it was never addressed in your accounting reports. At least not anywhere that I saw. I don't believe the *Union Bank* case is relevant to the reconsideration motion itself, as long as you can account for the money and don't violate the order again or fail

1

PLST001223

to timely file monthly reports (with proper accounting of any money received)., I can't see how that case provides them with the requisite "new facts" for their motion.

Trisha A. Aljoe,
Attorney for Petitioner
City of Pleasanton

PLST001224

PLST001225

## J Benjamin McGrew

| | |
|---|---|
| **From:** | Vickie Carano <Vickie@VickieCarano.com> |
| **Sent:** | Wednesday, January 15, 2014 8:32 AM |
| **To:** | J Benjamin McGrew |
| **Subject:** | 4719 Orangewood Ct., Pleasanton - Updated Comps |
| **Attachments:** | 4719 Orangewood Ct - BPO 01.14.2014.pdf; pleasanton_detached statistics_12_13.pdf |

Happy New Year Ben,

Attached is an updated estimate of value for the property located at 4719 Orangewood Ct., Pleasanton. Based upon my recent visit to the property and my discussion with Walter Langhammer on what will be required in the way of remodeling expenses and repairs and also looking at the current market conditions I have made some adjustments to the values. Walter identified that in addition to the balance of the demo being done (he is a lead certified contractor) most of the subfloor will need to be replaced and all of the electrical and plumbing will also need to be replaced.

I will send you Walter's estimate as soon as I receive it. He called me yesterday and told me that he needed some extra time in preparing his estimate – I should have it by tomorrow.

The current market conditions remain very good. The average days on market in Pleasanton is around 26 days. The median detached home price in Pleasanton for December 2013 was $900,000. As of the last day of December there were 27 active homes listed in Pleasanton. I had to expand my search criteria up to 2.5 miles to find a third active comp for my report due to lack of active inventory that is in closer proximity to the subject property. Lack of inventory, low interest rates and plenty of buyers all contribute to our strong market conditions currently.

Please let me know if you have any questions.
Vickie

**Vickie Carano, Realtor**
Keller Williams Realty
100 Pringle Ave., Ste. 100
Walnut Creek, CA 94596

Cell: 925.389.1328
Office: 925.934.2900

Email: Vickie@VickieCarano.com
www.VickieCarano.com
CAL BRE No: 01787625

1

PLST001226

PLST001227

## J Benjamin McGrew

| | |
|---|---|
| **From:** | Vickie Carano <Vickie@VickieCarano.com> |
| **Sent:** | Wednesday, October 08, 2014 4:07 PM |
| **To:** | J Benjamin McGrew |
| **Subject:** | 4719 Orangewood Court - UPDATED VALUE REPORT |
| **Attachments:** | 4719 Orangewood Ct - BPO 10.08.14.pdf; Market Data - Pleasanton 09.2014.pdf |

Ben,

Great talking with you today. The house on Orangewood Ct. is coming along and its very exciting to see the progress that is being made on the property. Attached is a current estimated value for this home as well as some current market data for Pleasanton in general.

I hope the remodel is complete and we can list the home by the first of next month. As I mentioned to you on the phone, typically we see a slowdown in our market activity in the fall, so it's in our best interest to get this home on the market as soon as possible.

If you would like, I can send over my listing agreement and you can get the judge to approve the listing agreement next time you meet with her. Then as soon as the home is done and ready to go "live" on the MLS we can re-evaluate our list price to be sure it's where it needs to be at that time. If the remodel on this home was complete and we were ready to list the home today, I would list it at $929,000.

Thanks,
Vickie

**Vickie Carano, Realtor**
Keller Williams Realty
100 Pringle Ave., Ste. 100
Walnut Creek, CA 94596

Cell: 925.389.1328
Office: 925.934.2900

Email: Vickie@VickieCarano.com
www.VickieCarano.com
CAL BRE No: 01787625

PLST001228

## RESIDENTIAL BPO – 4719 Orangewood Court, Pleasanton 10.08.14

| BPO PROVIDER INFORMATION | | PROPERTY INFORMATION | |
|---|---|---|---|
| BROKER: | KELLER WILLIAMS REALTY | PACKAGE NO | N/A |
| AGENT: | VICKIE CARANO | LOAN NO: | N/A |
| ADDRESS: | 4719 ORANGEWOOD COURT | BORROWER: | N/A |
| CITY/ST/ZIP: | PLEASANTON, CA 94588 | ADDRESS: | N/A |
| PHONE: | 925-389-1328 | CITY/ST/ZIP: | N/A |
| FAX: | 925-954-3204 | DATE: | 10/08/14 |
| E-MAIL: | VICKIE@VICKIECARANO.COM | CONTACT: | J. BENJAMIN MCGREW |

| | | |
|---|---|---|
| LOCATION: PLEASANTON | NEIGHBORHOOD: HIGHLAND OAKS | CONFORMITY: YES |
| PROPERTY TYPE: SINGLE FAMILY RESIDENCE | PROPERTY STYLE: TWO STORY | AGE: 46 YRS. |
| SIDING: WOOD | CONDITION: POOR | ROOF: COMPOSITION SHINGLE | CONDITION: GOOD |
| WINDOWS: DUAL PANE | CONDITION: NEW | YARD CONDITION: POOR |
| OCCUPIED: NO | BASEMENT: NONE | PARKING: 2 CAR GARAGE | LOT SIZE: .37 ACRES |
| ESTIMATED SQ. FT.: 1682 | ESTIMATED ROOM COUNT: 8/4/2 |
| ANNUAL TAXES: $1,749 | DELINQUENT: UNKNOWN | AMOUNT DUE: UNKNOWN |

COMMENTS( INCLUDE ESTIMATE OF REPAIRS IF APPLICABLE): HOME IS CURRENTLY IN THE MIDDLE OF A REMODEL, IT IS DOWN TO THE STUDS AND THE CONTRACTOR IS IN THE PROCESS OF REPLACING ALL ELECTRICAL AND PLUMBING. THE NEW DUAL PANE WINDOWS HAVE BEEN INSTALLED. ONCE THE NEW HVAC SYSTEM IS INSTALLED THE SHEETROCK, NEW FIXTURES, CABINETS AND FLOORING WILL BE INSTALLED.

| MARKET CONDITIONS: STABLE | SUPPLY: 1 MONTH | DEMAND: GOOD | VALUES ARE: UP 3.8% OVER SEPT. 2013 |
|---|---|---|---|

**three most similar comparable sales**

| ADDRESS | PROXIMITY | COND. | RM COUNT | SQ.FT. | DOM | LIST PRICE |
|---|---|---|---|---|---|---|
| 7559 HIGHLAND OAKS DRIVE | .25 MILES | GOOD | 7/4/2.5 | 1854 | 6 | $849,000 |

| SALES PRICE $877,000 | SALE DATE 7/23/2014 | COMMENTS: REMODELED KITCHEN WITH NEW CABINETS, GRANITE, HARDWOOD FLOORS, SHUTTERS, UPDATED BATHS, DUAL PANED WINDOWS, BEAUTIFUL BACKYARD. |
|---|---|---|

| ADDRESS | PROXIMITY | COND. | RM COUNT | SQ.FT. | DOM | LIST PRICE |
|---|---|---|---|---|---|---|
| 4572 LAKEWOOD STREET | .20 MILES | GOOD | 8/6/2.5 | 2116 | 37 | $799,000 |

| SALES PRICE $820,000 | SALE DATE 6/13/2014 | COMMENTS: HARDWOOD FLOORS, DUAL PANE WINDOWS, PRIVATE YARD WITH COVERED PORCH, FRUIT TREES, SIDE YARD ACCESS. |
|---|---|---|

| ADDRESS | PROXIMITY | COND. | RM COUNT | SQ.FT. | DOM | LIST PRICE |
|---|---|---|---|---|---|---|
| 7961 APPLEWOOD CT | .25 MILES | GOOD | 9/5/4 | 2550 | 25 | $1,095,000 |

| SALES PRICE $1,095,000 | SALE DATE 9/3/2014 | COMMENTS: CUL-DE-SAC LOCATION, REMODELED CHEF'S KITCHEN WITH VIKING STOVE AND GRANITE COUNTERS, GORGEOUS SUNROOM, HUGE LANDSCAPED BACKYARD. |
|---|---|---|

| THREE MOST SIMILAR CURRENT LISTINGS | | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS | PROXIMITY | COND. | RM COUNT | SQ.FT. | DOM | LIST PRICE |
| 7599 OLIVE DRIVE | .30 MILES | GOOD | 7/3/2 | 1826 | 33 | $775,990 |

COMMENTS: UPDATED KITCHEN WITH BREAKFAST BAR OPENS TO FAMILY ROOM, DINING ROOM CONVERTED TO MUSIC ROOM.

| ADDRESS | PROXIMITY | COND. | RM COUNT | SQ.FT. | DOM | LIST PRICE |
|---|---|---|---|---|---|---|
| 5048 HILLCREST WAY | .40 MILES | GOOD | 6/4/2 | 2201 | 7 | $1,075,000 |

COMMENTS: STUNNING RANCHER WITH CUSTOM REMODEL FROM TOP TO BOTTOM IN 2005.

| ADDRESS | PROXIMITY | COND. | RM COUNT | SQ.FT. | DOM | LIST PRICE |
|---|---|---|---|---|---|---|
| 7472 PALM COURT | .35 MILES | GOOD | 7/4/3 | 2337 | 15 | $879,000 |

COMMENTS: COURT LOCATION, COUNTRY KITCHEN, LOW MAINTENANCE YARD WITH NICE PATIO.

| 45-DAY QUICK SALE: $675,000 | 90-DAY AS IS: $700,000 | 90-DAY REPAIRED: $929,000 |
|---|---|---|

PLST001229

# Market Analysis: Pleasanton
September-14

Days on Market (DOM) for the Pleasanton area year-to-date is around 25. The median detached home price in Pleasanton for September was $872,500. As of the last day of September there were 70 active homes in Pleasanton. At current selling rates this means there is approximately 1 month of inventory in Pleasanton remaining.







Days on Market by Year

## Summary Analysis (Single Family Residential)

| | Active* | Pending | Sold | Months Supply | Avg List Price /Sold | Median Sale Price | Avg Sale Price | Average DOM | Avg $ Sqft List | Avg $ Sqft Sold | Sale Price/ List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep 13 | 75 | 55 | 47 | 1.2 | $1,107,241 | $840,000 | $1,102,350 | 19 | $417 | $420 | 99.56% |
| Oct 13 | 66 | 55 | 54 | 1.1 | $935,691 | $862,500 | $927,743 | 26 | $408 | $406 | 99.15% |
| Nov 13 | 47 | 41 | 50 | 0.9 | $1,042,609 | $848,500 | $1,027,666 | 38 | $415 | $413 | 98.56% |
| Dec 13 | 27 | 37 | 43 | 0.6 | $1,108,884 | $900,000 | $1,093,481 | 41 | $416 | $415 | 98.61% |
| Jan 14 | 41 | 30 | 30 | 1.0 | $921,013 | $790,000 | $915,276 | 36 | $435 | $436 | 99.38% |
| Feb 14 | 47 | 31 | 28 | 1.4 | $987,212 | $786,250 | $989,238 | 23 | $427 | $433 | 100.21% |
| Mar 14 | 80 | 35 | 44 | 2.4 | $1,065,113 | $896,500 | $1,070,396 | 19 | $438 | $443 | 100.50% |
| Apr 14 | 74 | 70 | 46 | 1.8 | $1,076,885 | $910,000 | $1,095,369 | 16 | $438 | $445 | 100.81% |
| May 14 | 78 | 66 | 69 | 1.5 | $1,151,485 | $953,000 | $1,166,642 | 16 | $432 | $440 | 101.32% |
| Jun 14 | 81 | 50 | 73 | 1.5 | $1,135,760 | $999,999 | $1,134,672 | 26 | $426 | $430 | 99.90% |
| Jul 14 | 87 | 45 | 76 | 1.5 | $1,118,700 | $925,000 | $1,124,044 | 20 | $444 | $449 | 100.48% |
| Aug 14 | 75 | 50 | 54 | 1.4 | $1,144,331 | $862,500 | $1,144,029 | 23 | $444 | $447 | 99.97% |
| Sep 14 | 70 | 43 | 62 | 1.5 | $1,025,328 | $872,500 | $1,024,631 | 23 | $440 | $441 | 99.93% |

| Month to Month | Sold | %Change | Avg List | %Change | Median Sale Price | %Change | Avg Sale Price | % Change | Avg DOM | % Change | Sale Price/ List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep 14 | 62 | 31.91% | $1,025,328 | -7.40% | $872,500 | 3.87% | $1,024,631 | -7.05% | 23 | 22.26% | 99.93% |
| Sep 13 | 47 | -9.62% | $1,107,241 | 26.55% | $840,000 | 10.53% | $1,102,350 | 27.65% | 19 | -41.46% | 99.56% |
| Sep 12 | 52 | 6.12% | $874,929 | -8.64% | $760,000 | -0.15% | $863,604 | -4.43% | 32 | -38.98% | 98.71% |



### YTD Sold Summary

| Range | 2014 #listings | 2013 #listings | 2012 #listings | 2011 #listings | 2010 #listings |
|---|---|---|---|---|---|
| < 300k | | | 3 | 2 | 4 |
| $300k-399k | | 2 | 9 | 5 | 7 |
| $400k-499k | 2 | 6 | 32 | 31 | 16 |
| $500k-599k | 10 | 32 | 78 | 68 | 64 |
| $600k-699k | 38 | 61 | 123 | 99 | 96 |
| $700k-799k | 75 | 109 | 90 | 80 | 78 |
| $800k-899k | 115 | 76 | 54 | 39 | 46 |
| $900k-999k | 60 | 47 | 26 | 32 | 34 |
| $1m-1.5m | 117 | 86 | 85 | 77 | 83 |
| $1.5m-2.0m | 58 | 51 | 30 | 26 | 25 |
| $2m + | 27 | 34 | 11 | 7 | 13 |
| Totals: | 502 | 504 | 541 | 466 | 466 |

*as of the last day of the month at 11:59 pm PST  **reflects change from 2005

© 2013, Bay East Association of REALTORS®. Reprinted by permission.
Information deemed accurate but not guaranteed.

PLST001230

PLST001231

| From: | Renee Perko |
| --- | --- |
| Sent: | Thursday, October 09, 2014 9:37 AM |
| To: | George Thomas |
| Cc: | Trisha; Jonathan Lowell |
| Subject: | RE: City v. Thomas Spitzer, et al / Case No. RG12642206 - Status Report of Receiver a/o October 8, 2014 |

Hey George,

Renee

**From:** Trisha [mailto:trishaaljoe@comcast.net]
**Sent:** Wednesday, October 08, 2014 6:51 PM
**To:** Renee Perko; Jonathan Lowell
**Subject:** Fwd: City v. Thomas Spitzer, et al / Case No. RG12642206 - Status Report of Receiver a/o October 8, 2014

My understanding from Georges last email was that the only inspection even called for was the rough framing so I question this status report. Unless we are not being kept up to date on the inspection status?
Trisha

Sent from my Samsung S4 phone

-------- Original message --------
From: Hilliary Rolls
Date:10/08/2014 4:47 PM (GMT-08:00)
To: "Craig Spitzer (aamobilitysf@gmail.com)" ,trickwhitey@att.net,Trisha Aljoe
Cc: J Benjamin McGrew
Subject: City v. Thomas Spitzer, et al / Case No. RG12642206 - Status Report of Receiver a/o October 8, 2014

Attached please find Status Report of Receiver as of October 8, 2014 as filed with court this date.  Please contact me should you have any questions.


*Hilliary Rolls,* Property Manager for Receiver

Lic. #01204395


MANAGEWEST, INC.

2741 Gunn Road

Carmichael, CA  95608

1

PLST001232

(916) 482-5100 ext. 14

(916) 482-6100 fax

(916) 834-5605 cell

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** BizHubC352@managewest.com [mailto:BizHubC352@managewest.com]
**Sent:** Wednesday, October 08, 2014 5:32 PM
**To:** Hilliary Rolls
**Subject:** Message from KMBT_C352

Click here to report this email as spam.

PLST001233