United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS A. SPITZER, et al.,

        Plaintiffs,

    v.

TRISHA A. ALJOE, et al.,

        Defendants.

Case No.  13-cv-05442-MEJ

**ORDER VACATING HEARING RE: MOTION TO ENFORCE AND MOTION TO RESCIND SETTLEMENT AGREEMENT**

Re: Dkt. Nos. 183, 187

      The Court hereby **VACATES** the hearing in this matter scheduled for Thursday, May 19, 2016 to give the Court time to adequately review and assess the additional documents recently filed by the parties.  *See* Dkt. Nos. 215-18.  No further briefing or evidence shall be filed regarding the parties' Motion to Enforce or Motion to Rescind unless the Court so orders.

      **IT IS SO ORDERED.**

Dated: May 18, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge